**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RAYON PAYNE,

      Plaintiff,

V.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, (DHS)

      Defendant.

_____/

Case: 1:25−cv−03186
Assigned To : Reyes, Ana C.
Assign. Date : 9/12/2025
Description: FOIA/Privacy Act (I−DECK)

Civil Action No. _____

### NOTICE OF JUDICIAL NOTICE OF SUPERVISORY
### WRIT FILED WITH THE UNITED STATES SUPREME COURT

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff Rayon Payne respectfully

provides notice to this Court and all Parties of a Supervisory Writ filed with the United States

Supreme Court on September 11, 2025, arising from the same chain of events and judicial

conduct that underpin the present action.

### BACKGROUND

On September 11, 2025, Plaintiff filed a Supervisory Writ with the United States Supreme Court

under its Rule 20 and the All Writs Act, 28 U.S.C. § 1651, seeking relief for conduct stemming

from litigation initially filed in this district (<u>Payne v. United States Citizenship and Immigration

Services</u>, 1:25-cv-01952), in which Plaintiff was denied access to a government file through both

FOIA and a statutory proceeding under 8 U.S.C. § 1447(b). The supervisory writ outlines

allegations of improper denial of statutory rights, obstruction of access to records, and improper

transfer of the § 1447(b) case to the Middle District of Florida—a district already implicated in

related pending writs and allegations of structural bias.



RECEIVED

SEP 12 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

1

**PURPOSE**

This notice is submitted for the limited purpose of apprising this Court and Parties of the related

pending action and not for review of that proceeding. This information is provided in the interest

of judicial economy and transparency, and to avoid any potential conflicts or duplicative

findings.

Date: 9/ 12 /2025                              Respectfully submitted,

_____
RAYON PAYNE, PRO SE
8815 Conroy Windermere Rd
Ste. #208
Orlando Florida 32835
Tel: 863-485-0550
Email: kekomardi@gmail.com