**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RAYON PAYNE,
      Plaintiff,

V.                                                          Case #: 1:25-cv-03186-ACR

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, (DHS),
      Defendants.
_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S VERIFIED MOTION TO DISQUALIFY JUDGE REYES**

Upon consideration of Plaintiff Rayon Payne's Verified Motion to Disqualify Judge Reyes and the accompanying Memorandum of Law in Support, the Court finds that there exists a reasonable question as to the impartiality of Judge Reyes in this matter.

Accordingly, it is hereby:

ORDERED that the Motion is GRANTED;

FURTHER ORDERED that Judge Reyes is hereby DISQUALIFIED from presiding over this matter;

FURTHER ORDERED that this case shall be REASSIGNED to a different judge in accordance with this Court's standard reassignment procedures.

SO ORDERED.

Dated: _____

_____
United States District Judge