**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RAYON PAYNE,
      Plaintiff,

V.                                                              Case #: 1:25-cv-03186-ACR

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, (DHS),
      Defendants.
_____/

**PROOF OF SERVICE**

I, Rayon Payne, declare under penalty of perjury that the following documents were served on

the individuals and offices listed below on September 16, 2025, via United States Postal Service

Priority Mail with Tracking and Signature Confirmation:

- Summons
- Civil Cover Sheet
- Complaint
- Judicial Notice
- Related Case Form

**Documents were served to:**

1. General Counsel, U.S. Department of Homeland Security
    Office of the General Counsel
    2707 Martin Luther King Jr. Avenue SE
    Washington, DC 20528

2. U.S. Attorney for the District of Columbia
    Civil Process Clerk
    601 D Street NW
    Washington, DC 20530

3. U.S. Department of Justice – Attorney General
    950 Pennsylvania Avenue NW
    Washington, DC 20530

1

Each package was properly addressed, sealed, and deposited with the United States Postal

Service, with a tracking number assigned for confirmation of delivery. See Exhibit (1).

Date: 9/22/2025                                Respectfully submitted,

_____
RAYON PAYNE, PRO SE
8815 Conroy Windermere Rd
Ste. #208
Orlando Florida 32835
Tel: 863-485-0550
Email: kekomardi@gmail.com

# EXHIBIT (1)

Help

# Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE**

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | Customer Information | September 19, 2025 |

## USPS Tracking Intranet Tracking Number Result

**Result for Domestic Tracking Number 9510 8152 6385 5256 3875 33**

Tracking Expires On
September 14, 2026

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|----------|------|-------|
| 20528 | WASHINGTON | DC |

**Origin**

| ZIP Code | City | State |
|----------|------|-------|
| 328199998 | ORLANDO | FL |

### Tracking Number Classification

#### Class/Service

| | |
|---|---|
| **Class/Service:** | Priority Mail Signature Confirmation |
| **Class of Mail Code/Description:** | PM / Priority Mail® |

#### Origin / Return / Pickup Address Information

| | |
|---|---|
| **Address:** | |
| **City:** | |
| **State:** | |
| **5-Digit ZIP Code:** | 32819 |
| **4-Digit ZIP Code add on:** | 9998 |

#### Service Delivery Information

| | |
|---|---|
| **Service Performance Date:** | Expected Delivery by: Wednesday, 09/17/2025 |
| **Expected Delivery:** | on Monday, 09/15/2025 |
| **Delivery Option Indicator:** | 1 - Normal Delivery |
| **Zone:** | 05 |
| **PO Box:** | N |
| **Other Information** | Service Calculation Information |

#### Payment

| | |
|---|---|
| **Payment Type:** | Other Postage |
| **Payment Account Number:** | 000000000000 |
| **Postage:** | $11.00 |
| **Weight:** | 0 lb(s) 11.00 oz(s) |
| **Rate Indicator:** | Flat Rate Envelope |

#### Other Information

| | |
|---|---|
| **Firm Label ID:** | 5115 113D 8145 9033 4766 |

Agent Information

Request Internal USPS Tracking Plus Statement

### Extra Services

**Extra Services Details**

| Description | Amount |
|-------------|--------|
| Signature Confirmation | $4.95 |
| Up to $100 insurance included | $0.00 |

# Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED, LEFT WITH INDIVIDUAL | 01 | 09/15/2025 | 13:12 | WASHINGTON, DC 20528 | Firm Book | MDD TR C058A05412 (interface type - wireless) | Scanned by route 0203C000 | 09/15/2025 12:27:03 | Facility Finance Number: 105010<br>Firm Name: HOMELAND SEC 20528<br>Recipient Name: H HOMELAAND SERV<br>Request Delivery Record<br>View Delivery Signature and Address<br>Firmbook: 5115113D814590334766<br>GEO Location Data Available |
| DELIVERED, LEFT WITH INDIVIDUAL | 01 | 09/15/2025 | 13:11 | WASHINGTON, DC 20593 | Firm Book | MDD TR C058A05412 (interface type - wireless) | Scanned by route 0203C000 | 09/15/2025 12:27:03 | Facility Finance Number: 105010<br>Firm Name: HOMELAND SEC 20528<br>Recipient Name: C COAST GUARD<br>Request Delivery Record<br>View Delivery Signature and Address<br>Firmbook: 5115113D814590334766<br>GEO Location Data Available |
| ARRIVAL AT UNIT | 07 | 09/15/2025 | 11:13 | WASHINGTON, DC 20018 | Firm Book | MIO 15113D8145 (non-wireless) | Scanned by route 00000000 | 09/15/2025 10:47:14 | PC / QF Reason Code<br>OFD Same Day<br>Firmbook: 5115113D814590334766 |
| ARRIVE USPS FACILITY | A1 | 09/15/2025 | 03:09 | WASHINGTON, DC 20018 | Container Generated | S017502616 | | 09/15/2025 03:43:09 | Container ID: 99P200ZJ2KD001V3R-42578730847<br>Container Type: GAYLORD 4FT<br>GEO Location Data Available |
| ARRIVE USPS FACILITY | A1 | 09/15/2025 | 03:09 | WASHINGTON, DC 20018 | Container Generated | S017502616 | | 09/15/2025 03:43:09 | Container ID: 99P200ZJ2KD001V3R-42578730847<br>Container Type: GAYLORD 4FT<br>GEO Location Data Available |
| DEPART USPS FACILITY | T1 | 09/15/2025 | 02:51 | WASHINGTON, DC 20066 | Container Generated | S017502616 | | 09/15/2025 03:39:06 | Container ID: 99P200ZJ2KD001V3R-42578730847<br>Container Type: GAYLORD 4FT<br>GEO Location Data Available |
| DEPART USPS FACILITY | L1 | 09/15/2025 | 02:28 | WASHINGTON, DC 20066 | Container Generated | S019024094 | | 09/15/2025 03:25:15 | Container ID: 99P200ZJ2KD001V3R-42578730847<br>Container Type: GAYLORD 4FT |
| CONTAINER CLOSE | C1 | 09/15/2025 | 00:45 | WASHINGTON, DC 20066 | Container Generated | S411302641 | | 09/15/2025 03:25:15 | Container ID: 99P200ZJ2KD001V3R-42578730847<br>Container Type: GAYLORD 4FT |
| ENROUTE/PROCESSED | 10 | 09/15/2025 | 00:07 | WASHINGTON, DC 20066 | Scanned | APBS-002-000005 | | 09/15/2025 01:56:25 | UPC Barcode: PS00001000014<br>Length: 7.87 inch(es)<br>Width: 12.4 inch(es)<br>Height: 0.2 inch(es)<br>Weight: 0 lb(s) 10.24 oz(s) |
| ARRIVE USPS FACILITY | U1 | 09/14/2025 | 21:48 | WASHINGTON, DC 20066 | Container Generated | S018901951 | | 09/15/2025 02:21:20 | Container ID: 99P20Z-3G0592223-02563592223<br>Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | U1 | 09/14/2025 | 19:51 | CAPITOL HEIGHTS, MD 20799 | Container Generated | S203716057 | | 09/14/2025 19:27:11 | Container ID: 99P20Z-3G0592223-02563592223<br>Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | A1 | 09/14/2025 | 19:29 | CAPITOL HEIGHTS, MD 20799 | Container Generated | SV Yard Visibility | | 09/14/2025 19:15:02 | Container ID: 99P20Z-3G0592223-02563592223<br>Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | A1 | 09/14/2025 | 19:29 | CAPITOL HEIGHTS, MD 20799 | Container Generated | SV Yard Visibility | | 09/14/2025 19:15:02 | Container ID: 99P20Z-3G0592223-02563592223<br>Container Type: GAYLORD 4FT |
| IN TRANSIT TO NEXT FACILITY | TL | 09/14/2025 | 18:06 | FREDERICKSBURG, VA 22408 | Container Generated | FOURKITES | | 09/14/2025 17:54:08 | Container ID: 99P20Z-3G0592223-02563592223<br>Container Type: GAYLORD 4FT<br>GEO Location Data Available |
| DEPART USPS FACILITY | L1 | 09/14/2025 | 17:52 | CAPITOL HEIGHTS, MD 20799 | Container Generated | S418311129 | | 09/15/2025 02:21:20 | Container ID: 99P20Z-3G0592223-02563592223<br>Container Type: GAYLORD 4FT |
| DEPART USPS FACILITY | T1 | 09/14/2025 | 17:11 | SANDSTON, VA 23150 | Container Generated | SV Yard Visibility | | 09/14/2025 16:57:11 | Container ID: 99P20Z-3G0592223- |

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 02563592223 Container Type: GAYLORD 4FT |
| DEPART USPS FACILITY | T1 | 09/14/2025 | 17:03 | SANDSTON, VA 23150 | Container Generated | S500400891 | | 09/14/2025 16:41:09 | Container ID: 99P20Z--3G0592223-02563592223 Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | A1 | 09/14/2025 | 16:16 | SANDSTON, VA 23150 | Container Generated | S500400891 | | 09/14/2025 15:59:04 | Container ID: 99P20Z--3G0592223-02563592223 Container Type: GAYLORD 4FT |
| IN TRANSIT TO NEXT FACILITY | TL | 09/14/2025 | 12:23 | SAINT PAULS, NC 28384 | Container Generated | FOURKITES | | 09/14/2025 12:29:06 | Container ID: 99P20Z--3G0592223-02563592223 Container Type: GAYLORD 4FT GEO Location Data Available |
| IN TRANSIT TO NEXT FACILITY | TL | 09/14/2025 | 07:42 | RICEBORO, GA 31323 | Container Generated | FOURKITES | | 09/14/2025 07:28:08 | Container ID: 99P20Z--3G0592223-02563592223 Container Type: GAYLORD 4FT GEO Location Data Available |
| DEPART USPS FACILITY | T1 | 09/14/2025 | 02:57 | ORLANDO, FL 32824 | Container Generated | S019921038 | | 09/14/2025 02:42:15 | Container ID: 99P20Z--3G0592223-02563592223 Container Type: GAYLORD 4FT |
| DEPART USPS FACILITY | L1 | 09/14/2025 | 02:45 | ORLANDO, FL 32824 | Container Generated | S018702238 | | 09/14/2025 02:28:10 | Container ID: 99P20Z--3G0592223-02563592223 Container Type: GAYLORD 4FT |
| CONTAINER CLOSE | C1 | 09/14/2025 | 00:51 | ORLANDO, FL 32824 | Container Generated | IODP | | 09/14/2025 00:29:09 | Container ID: 99P20Z--3G0592223-02563592223 Container Type: GAYLORD 4FT |
| CONTAINER CLOSE | C1 | 09/14/2025 | 00:51 | ORLANDO, FL 32824 | Container Generated | IODP | | 09/14/2025 00:29:09 | Container ID: 99P20Z--3G0592223-02563592223 Container Type: GAYLORD 4FT |
| ENROUTE/PROCESSED | 10 | 09/13/2025 | 20:53 | ORLANDO, FL 32824 | Scanned | APPS-041-1 | | 09/13/2025 19:58:05 | UPC Barcode: PS00001000014 Length: 12 inch(es) Width: 9.6 inch(es) Height: 0.1 inch(es) Weight: 0 lb(s) 9.92 oz(s) |
| DEPART POST OFFICE | SF | 09/13/2025 | 16:40 | ORLANDO, FL 32819 | System Generated | | | 09/13/2025 16:09:02 | Closeout Label ID: CT14 3882 3000 2509 1315 4113 000 |
| ACCEPT OR PICKUP | 03 | 09/13/2025 | 12:53 | ORLANDO, FL 328199998 | Scanned | RSS POS526385 | | 09/13/2025 12:17:09 | UPC Barcode: PS00001000014 Facility Finance Number: 116939 Length: 12.5 inch(es) Width: 9.5 inch(es) Height: 0.01 inch(es) Weight: 0 lb(s) 11.00 oz(s) |

Enter up to 35 items separated by commas.

Select Search Type:    Quick Search   ∨        Submit

Help

**UNITED STATES**
**POSTAL SERVICE**

# Product Tracking & Reporting

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | Customer Information | September 19, 2025 |

## USPS Tracking Intranet

### Delivery Signature and Address

Tracking Number: 9510 8152 6385 5256 3875 33

**This item was delivered on 09/15/2025 at 13:12:00**

< Return to Tracking Number View



| Signature | HOMELANDS TONY K |
| Address | 20528 |

Enter up to 35 items separated by commas.

Select Search Type:    Quick Search  ∨    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 25.4.3-b8450d06

Help

**UNITED STATES POSTAL SERVICE ®**

# Product Tracking & Reporting

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | Customer Information | September 13, 2025 |

## USPS Tracking Intranet Tracking Number Result

**Result for Domestic Tracking Number 9510 8152 6385 5256 3875 57**

Tracking Expires On
September 14, 2026

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|----------|------|-------|
| 20530 | WASHINGTON | DC |

**Origin**

| ZIP Code | City | State |
|----------|------|-------|
| 328199998 | ORLANDO | FL |

### Tracking Number Classification

#### Class/Service

| | |
|---|---|
| **Class/Service:** | Priority Mail Signature Confirmation |
| **Class of Mail Code/Description:** | PM / Priority Mail® |

#### Origin / Return / Pickup Address Information

| | |
|---|---|
| **Address:** | |
| **City:** | |
| **State:** | |
| **5-Digit ZIP Code:** | 32819 |
| **4-Digit ZIP Code add on:** | 9998 |

#### Service Delivery Information

| | |
|---|---|
| **Service Performance Date:** | Expected Delivery by: Wednesday, 09/17/2025 |
| **Expected Delivery:** | on Monday, 09/15/2025 |
| **Delivery Option Indicator:** | 1 - Normal Delivery |
| **Zone:** | 05 |
| **PO Box:** | N |
| **Other Information** | Service Calculation Information |

#### Payment

| | |
|---|---|
| **Payment Type:** | Other Postage |
| **Payment Account Number:** | 000000000000 |
| **Postage:** | $11.00 |
| **Weight:** | 0 lb(s) 12.00 oz(s) |
| **Rate Indicator:** | Flat Rate Envelope |

#### Other Information

| | |
|---|---|
| **Firm Label ID:** | 51C3 59A1 0708 0315 7313 |

Agent Information

Request Internal USPS Tracking Plus Statement

### Extra Services

**Extra Services Details**

| Description | Amount |
|-------------|--------|
| Signature Confirmation | $4.95 |
| Up to $100 insurance included | $0.00 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED, CALLER SERVICE OR GENERAL DELIVERY | 01 | 09/16/2025 | 04:43 | WASHINGTON, DC 20530 | Firm Book | MIO 14205D812A (interface type - wireless) | Scanned by route 00000000 | 09/16/2025 04:05:02 | Facility Finance Number: 105010 Firm Name: JUSTICE 20530 Recipient Name: K JERNIGAN [Request Delivery Record] [View Delivery Signature and Address] Firmbook: 51C359A1070803157313 GEO Location Data Available |
| DELIVERY ATTEMPTED - NO ACCESS TO DELIVERY LOCATION | 51 | 09/15/2025 | 12:56 | WASHINGTON, DC 20530 | Firm Book | MIO 18342D818A (interface type - wireless) | Scanned by route 00000000 | 09/15/2025 12:11:02 | Firmbook: 51C359A1070803157313 |
| ARRIVAL AT UNIT | 07 | 09/15/2025 | 07:04 | WASHINGTON, DC 20018 | Firm Book | MDD TR C359A10708 (interface type - wireless) | Scanned by route 0022C111 | 09/15/2025 06:27:18 | PC / OF Reason Code OFD Same Day Firmbook: 51C359A1070803157313 |
| ARRIVE USPS FACILITY | A1 | 09/15/2025 | 03:09 | WASHINGTON, DC 20018 | Container Generated | S017502616 | | 09/15/2025 03:43:06 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT GEO Location Data Available |
| ARRIVE USPS FACILITY | A1 | 09/15/2025 | 03:09 | WASHINGTON, DC 20018 | Container Generated | S017502616 | | 09/15/2025 03:43:06 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT GEO Location Data Available |
| DEPART USPS FACILITY | T1 | 09/15/2025 | 02:51 | WASHINGTON, DC 20066 | Container Generated | S017502616 | | 09/15/2025 03:39:09 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT GEO Location Data Available |
| DEPART USPS FACILITY | L1 | 09/15/2025 | 02:28 | WASHINGTON, DC 20066 | Container Generated | S019024094 | | 09/15/2025 03:25:10 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT |
| CONTAINER CLOSE | C1 | 09/15/2025 | 00:45 | WASHINGTON, DC 20066 | Container Generated | S411302641 | | 09/15/2025 03:25:10 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT |
| ENROUTE/PROCESSED | 10 | 09/15/2025 | 00:04 | WASHINGTON, DC 20066 | Scanned | APBS-002-000002 | | 09/15/2025 01:57:25 | UPC Barcode: PS00001000014 Length: 8.07 inch(es) Width: 12.6 inch(es) Height: 0.2 inch(es) Weight: 0 lb(s) 11.84 oz(s) |
| ARRIVE USPS FACILITY | U1 | 09/14/2025 | 21:48 | WASHINGTON, DC 20066 | Container Generated | S018901951 | | 09/15/2025 02:16:25 | Container ID: 99P20Z-3G0592223-02563592223 Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | U1 | 09/14/2025 | 19:51 | CAPITOL HEIGHTS, MD 20799 | Container Generated | S203716057 | | 09/14/2025 19:27:08 | Container ID: 99P20Z-3G0592223-02563592223 Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | A1 | 09/14/2025 | 19:29 | CAPITOL HEIGHTS, MD 20799 | Container Generated | SV Yard Visibility | | 09/14/2025 19:15:14 | Container ID: 99P20Z-3G0592223-02563592223 Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | A1 | 09/14/2025 | 19:29 | CAPITOL HEIGHTS, MD 20799 | Container Generated | SV Yard Visibility | | 09/14/2025 19:15:14 | Container ID: 99P20Z-3G0592223-02563592223 Container Type: GAYLORD 4FT |
| IN TRANSIT TO NEXT FACILITY | TL | 09/14/2025 | 18:06 | FREDERICKSBURG, VA 22408 | Container Generated | FOURKITES | | 09/14/2025 17:54:08 | Container ID: 99P20Z-3G0592223-02563592223 Container Type: GAYLORD 4FT GEO Location Data Available |
| DEPART USPS FACILITY | L1 | 09/14/2025 | 17:52 | CAPITOL HEIGHTS, MD 20799 | Container Generated | S418311129 | | 09/15/2025 02:16:25 | Container ID: 99P20Z-3G0592223-02563592223 Container Type: GAYLORD 4FT |
| DEPART USPS FACILITY | T1 | 09/14/2025 | 17:11 | SANDSTON, VA 23150 | Container Generated | SV Yard Visibility | | 09/14/2025 16:57:05 | Container ID: 99P20Z-3G0592223-02563592223 Container Type: GAYLORD 4FT |
| DEPART USPS FACILITY | T1 | 09/14/2025 | 17:03 | SANDSTON, VA 23150 | Container Generated | S500400891 | | 09/14/2025 16:41:06 | Container ID: 99P20Z-3G0592223-02563592223 Container Type: GAYLORD 4FT |

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| ARRIVE USPS FACILITY | A1 | 09/14/2025 | 16:16 | SANDSTON, VA 23150 | Container Generated | S500400891 | | 09/14/2025 15:59:04 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| IN TRANSIT TO NEXT FACILITY | TL | 09/14/2025 | 12:23 | SAINT PAULS, NC 28384 | Container Generated | FOURKITES | | 09/14/2025 12:29:07 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT GEO Location Data Available |
| IN TRANSIT TO NEXT FACILITY | TL | 09/14/2025 | 07:42 | RICEBORO, GA 31323 | Container Generated | FOURKITES | | 09/14/2025 07:28:18 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT GEO Location Data Available |
| DEPART USPS FACILITY | T1 | 09/14/2025 | 02:57 | ORLANDO, FL 32824 | Container Generated | S019921038 | | 09/14/2025 02:42:18 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| DEPART USPS FACILITY | L1 | 09/14/2025 | 02:45 | ORLANDO, FL 32824 | Container Generated | S018702238 | | 09/14/2025 02:28:16 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| CONTAINER CLOSE | C1 | 09/14/2025 | 00:51 | ORLANDO, FL 32824 | Container Generated | IODP | | 09/14/2025 00:29:09 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| CONTAINER CLOSE | C1 | 09/14/2025 | 00:51 | ORLANDO, FL 32824 | Container Generated | IODP | | 09/14/2025 00:29:09 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| ENROUTE/PROCESSED | 10 | 09/13/2025 | 20:54 | ORLANDO, FL 32824 | Scanned | APPS-041-1 | | 09/13/2025 19:58:08 | UPC Barcode: PS00001000014 Length: 12.2 inch(es) Width: 9.5 inch(es) Height: 0.1 inch(es) Weight: 0 lb(s) 11.84 oz(s) |
| DEPART POST OFFICE | SF | 09/13/2025 | 16:40 | ORLANDO, FL 32819 | System Generated | | | 09/13/2025 16:09:04 | Closeout Label ID: CT14 3882 3000 2509 1315 4113 000 |
| ACCEPT OR PICKUP | 03 | 09/13/2025 | 12:54 | ORLANDO, FL 328199998 | Scanned | RSS POS526385 | | 09/13/2025 12:17:03 | UPC Barcode: PS00001000014 Facility Finance Number: 116939 Length: 12.5 inch(es) Width: 9.5 inch(es) Height: 0.01 inch(es) Weight: 0 lb(s) 12.00 oz(s) |

Enter up to 35 items separated by commas.

Select Search Type:    Quick Search ∨    [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 25.4.3-b8450d06

Help

# Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE**

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | Customer Information | September 19, 2025 |

## USPS Tracking Intranet

## Delivery Signature and Address

Tracking Number: 9510 8152 6385 5256 3875 57

This item was delivered on 09/16/2025 at 04:43:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:    Quick Search  ⌄    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 25.4.3-b8450d06

Help

**Product Tracking & Reporting**

UNITED STATES
POSTAL SERVICE ®

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | Customer Information | September 12, 2025 |

## USPS Tracking Intranet Tracking Number Result

**Result for Domestic Tracking Number 9510 8152 6385 5256 3874 58**

Tracking Expires On
September 14, 2026

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 20530 | WASHINGTON | DC |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 328199998 | ORLANDO | FL |

### Tracking Number Classification

#### Class/Service

| | |
|---|---|
| Class/Service: | Priority Mail Signature Confirmation |
| Class of Mail Code/Description: | PM / Priority Mail® |

#### Origin / Return / Pickup Address Information

| | |
|---|---|
| Address: | |
| City: | |
| State: | |
| 5-Digit ZIP Code: | 32819 |
| 4-Digit ZIP Code add on: | 9998 |

#### Service Delivery Information

| | |
|---|---|
| Service Performance Date: | Expected Delivery by: Wednesday, 09/17/2025 |
| Expected Delivery: | on Monday, 09/15/2025 |
| Delivery Option Indicator: | 1 - Normal Delivery |
| Zone: | 05 |
| PO Box: | N |
| Other Information | Service Calculation Information |

#### Payment

| | |
|---|---|
| Payment Type: | Other Postage |
| Payment Account Number: | 000000000000 |
| Postage: | $11.00 |
| Weight: | 0 lb(s) 13.00 oz(s) |
| Rate Indicator: | Flat Rate Envelope |

#### Other Information

| | |
|---|---|
| Firm Label ID: | 51C3 59A1 0708 0315 7313 |

Agent Information

Request Internal USPS Tracking Plus Statement

### Extra Services

**Extra Services Details**

| Description | Amount |
|---|---|
| Signature Confirmation | $4.95 |
| Up to $100 insurance included | $0.00 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED, CALLER SERVICE OR GENERAL DELIVERY | 01 | 09/16/2025 | 04:43 | WASHINGTON, DC 20530 | Firm Book | MIO 14205D812A (interface type - wireless) | Scanned by route 00000000 | 09/16/2025 04:05:03 | Facility Finance Number: 105010 Firm Name: JUSTICE 20530 Recipient Name: K JERNIGAN  [Request Delivery Record] [View Delivery Signature and Address] Firmbook: 51C359A1070803157313 GEO Location Data Available |
| DELIVERY ATTEMPTED - NO ACCESS TO DELIVERY LOCATION | 51 | 09/15/2025 | 12:56 | WASHINGTON, DC 20530 | Firm Book | MIO 18342D818A (interface type - wireless) | Scanned by route 00000000 | 09/15/2025 12:11:05 | Firmbook: 51C359A1070803157313 |
| ARRIVAL AT UNIT | 07 | 09/15/2025 | 06:54 | WASHINGTON, DC 20018 | Firm Book | MDD TR C359A10708 (interface type - wireless) | Scanned by route 0022C111 | 09/15/2025 06:27:13 | PC / OF Reason Code OFD Same Day Firmbook: 51C359A1070803157313 |
| ARRIVE USPS FACILITY | A1 | 09/15/2025 | 03:09 | WASHINGTON, DC 20018 | Container Generated | S017502616 | | 09/15/2025 03:43:07 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT GEO Location Data Available |
| ARRIVE USPS FACILITY | A1 | 09/15/2025 | 03:09 | WASHINGTON, DC 20018 | Container Generated | S017502616 | | 09/15/2025 03:43:07 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT GEO Location Data Available |
| DEPART USPS FACILITY | T1 | 09/15/2025 | 02:51 | WASHINGTON, DC 20066 | Container Generated | S017502616 | | 09/15/2025 03:39:10 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT GEO Location Data Available |
| DEPART USPS FACILITY | L1 | 09/15/2025 | 02:28 | WASHINGTON, DC 20066 | Container Generated | S019024094 | | 09/15/2025 03:25:09 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT |
| CONTAINER CLOSE | C1 | 09/15/2025 | 00:45 | WASHINGTON, DC 20066 | Container Generated | S411302641 | | 09/15/2025 03:25:09 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT |
| ENROUTE/PROCESSED | 10 | 09/15/2025 | 00:06 | WASHINGTON, DC 20066 | Scanned | APBS-002-000005 | | 09/15/2025 01:53:38 | UPC Barcode: PS00001000014 Length: 10.04 inch(es) Width: 12.99 inch(es) Height: 0.2 inch(es) Weight: 0 lb(s) 12.48 oz(s) |
| ARRIVE USPS FACILITY | U1 | 09/14/2025 | 21:48 | WASHINGTON, DC 20066 | Container Generated | S018901951 | | 09/15/2025 02:21:09 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | U1 | 09/14/2025 | 19:51 | CAPITOL HEIGHTS, MD 20799 | Container Generated | S203716057 | | 09/14/2025 19:27:32 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | A1 | 09/14/2025 | 19:29 | CAPITOL HEIGHTS, MD 20799 | Container Generated | SV Yard Visibility | | 09/14/2025 19:15:18 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | A1 | 09/14/2025 | 19:29 | CAPITOL HEIGHTS, MD 20799 | Container Generated | SV Yard Visibility | | 09/14/2025 19:15:18 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| IN TRANSIT TO NEXT FACILITY | TL | 09/14/2025 | 18:06 | FREDERICKSBURG, VA 22408 | Container Generated | FOURKITES | | 09/14/2025 17:54:04 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT GEO Location Data Available |
| DEPART USPS FACILITY | L1 | 09/14/2025 | 17:52 | CAPITOL HEIGHTS, MD 20799 | Container Generated | S418311129 | | 09/15/2025 02:21:09 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| DEPART USPS FACILITY | T1 | 09/14/2025 | 17:11 | SANDSTON, VA 23150 | Container Generated | SV Yard Visibility | | 09/14/2025 16:57:07 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| DEPART USPS FACILITY | T1 | 09/14/2025 | 17:03 | SANDSTON, VA 23150 | Container Generated | S500400891 | | 09/14/2025 16:41:05 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| ARRIVE USPS FACILITY | A1 | 09/14/2025 | 16:16 | SANDSTON, VA 23150 | Container Generated | S500400891 | | 09/14/2025 15:59:02 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| IN TRANSIT TO NEXT FACILITY | TL | 09/14/2025 | 12:23 | SAINT PAULS, NC 28384 | Container Generated | FOURKITES | | 09/14/2025 12:29:03 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT GEO Location Data Available |
| IN TRANSIT TO NEXT FACILITY | TL | 09/14/2025 | 07:42 | RICEBORO, GA 31323 | Container Generated | FOURKITES | | 09/14/2025 07:28:12 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT GEO Location Data Available |
| DEPART USPS FACILITY | T1 | 09/14/2025 | 02:57 | ORLANDO, FL 32824 | Container Generated | S019921038 | | 09/14/2025 02:42:06 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| DEPART USPS FACILITY | L1 | 09/14/2025 | 02:45 | ORLANDO, FL 32824 | Container Generated | S018702238 | | 09/14/2025 02:28:13 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| CONTAINER CLOSE | C1 | 09/14/2025 | 00:51 | ORLANDO, FL 32824 | Container Generated | IODP | | 09/14/2025 00:29:09 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| CONTAINER CLOSE | C1 | 09/14/2025 | 00:51 | ORLANDO, FL 32824 | Container Generated | IODP | | 09/14/2025 00:29:09 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| ENROUTE/PROCESSED | 10 | 09/13/2025 | 20:54 | ORLANDO, FL 32824 | Scanned | APPS-041-1 | | 09/13/2025 19:58:03 | UPC Barcode: PS00001000014 Length: 13.5 inch(es) Width: 9.7 inch(es) Height: 0.1 inch(es) Weight: 0 lb(s) 12.16 oz(s) |
| DEPART POST OFFICE | SF | 09/13/2025 | 16:40 | ORLANDO, FL 32819 | System Generated | | | 09/13/2025 16:09:02 | Closeout Label ID: CT14 3882 3000 2509 1315 4113 000 |
| ACCEPT OR PICKUP | 03 | 09/13/2025 | 12:48 | ORLANDO, FL 328199998 | Scanned | RSS POS526385 | | 09/13/2025 12:17:08 | UPC Barcode: PS00001000014 Facility Finance Number: 116939 Length: 12.5 inch(es) Width: 9.5 inch(es) Height: 0.01 inch(es) Weight: 0 lb(s) 13.00 oz(s) |

Enter up to 35 items separated by commas.

Select Search Type:    Quick Search    ⌄    | Submit |

Product Tracking & Reporting, All Rights Reserved
Version: 25.4.3-b8450d06

Help

# Product Tracking & Reporting

UNITED STATES
POSTAL SERVICE ®

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | Customer Information | September 19, 2025 |

## USPS Tracking Intranet

## Delivery Signature and Address

**Tracking Number: 9510 8152 6385 5256 3874 58**

**This item was delivered on 09/16/2025 at 04:43:00**

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:    Quick Search  ⌄    [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 25.4.3-b8450d06