**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RAYON PAYNE,
     Plaintiff,

V.                                                                     Case #: 1:25-cv-03186-ACR

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, (DHS),
     Defendants.
_____/


**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISQUALIFY THE U.S. DEPARTMENT OF JUSTICE**

Upon consideration of Plaintiff's Motion to Disqualify the United States Department of Justice

as counsel for Defendant U.S. Department of Homeland Security, and the memorandum of law

and record evidence in support thereof, and for good cause shown:

IT IS HEREBY ORDERED that the Motion is GRANTED.

The United States Department of Justice is disqualified from appearing as counsel for Defendant

in this matter. Defendant U.S. Department of Homeland Security is hereby directed to obtain

independent, conflict-free legal representation within fourteen (14) days of the date of this Order.

SO ORDERED.

Dated: _____

_____
U.S. District Judge