UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYON PAYNE,
        Plaintiff,

V.                                                    Civil Action No. 1:25-cv-03186-ACR

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, (DHS)
        Defendant.
_____/

### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY THE CLERK

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Rayon Sherwin Payne, proceeding

pro se, respectfully requests that the Clerk of Court enter default against Defendant United States

Department of Homeland Security (DHS) for failure to plead or otherwise defend as required by

law.

### FACTUAL BACKGROUND

1. Plaintiff filed the above-captioned Freedom of Information Act ("FOIA") action on

   September 12, 2025.

2. DHS was served on September 15, 2025. The United States Attorney General and the

   United States Attorney for the District of Columbia were both served on September 16,

   2025, as reflected in Docket Entry 8 and the attached proof of service.

3. Pursuant to 5 U.S.C. § 552(a)(4)(C) and Federal Rule of Civil Procedure 12(a)(2),

   Defendant had until October 16, 2025 to file a response or otherwise defend this action.

   As of the date of this filing, Defendant has failed to appear, plead, or otherwise defend

   against the Complaint.

1

**RELIEF REQUESTED**

Plaintiff respectfully requests that the Clerk of Court enter default against the United States Department of Homeland Security, pursuant to Fed. R. Civ. P. 55(a), for failure to respond within the time required by law.

Date: 10/17/2025

Respectfully submitted,

RAYON PAYNE, PRO SE
8815 Conroy Windermere Rd
Ste. #208
Orlando Florida 32835
Tel: 863-485-0550
Email: kekomardi@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th  day of October, 2025, I served a true and correct copy of the following motion via U.S. mail, postage prepaid, and/or by electronic service where applicable, upon the following:

- **General Counsel, U.S. Department of Homeland Security**
  Office of the General Counsel
  2707 Martin Luther King Jr. Avenue SE
  Washington, DC 20528
- **U.S. Attorney for the District of Columbia**
  Civil Process Clerk
  601 D Street NW
  Washington, DC 20530
- **U.S. Department of Justice – Attorney General**
  950 Pennsylvania Avenue NW
  Washington, DC 20530

Respectfully submitted,

RAYON PAYNE, PRO SE

3

# EXHIBIT (1)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RAYON PAYNE,
      Plaintiff,

V.                                  Case #: 1:25-cv-03186-ACR

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, (DHS),
      Defendants.
_____/

**PROOF OF SERVICE**

I, Rayon Payne, declare under penalty of perjury that the following documents were served on

the individuals and offices listed below on September 16, 2025, via United States Postal Service

Priority Mail with Tracking and Signature Confirmation:

- Summons
- Civil Cover Sheet
- Complaint
- Judicial Notice
- Related Case Form

**Documents were served to:**

1. General Counsel, U.S. Department of Homeland Security
   Office of the General Counsel
   2707 Martin Luther King Jr. Avenue SE
   Washington, DC 20528

2. U.S. Attorney for the District of Columbia
   Civil Process Clerk
   601 D Street NW
   Washington, DC 20530

3. U.S. Department of Justice – Attorney General
   950 Pennsylvania Avenue NW
   Washington, DC 20530

1

Each package was properly addressed, sealed, and deposited with the United States Postal

Service, with a tracking number assigned for confirmation of delivery. See Exhibit (1).


Date: 9/22/2025                                    Respectfully submitted,

_____
RAYON PAYNE, PRO SE
8815 Conroy Windermere Rd
Ste. #208
Orlando Florida 32835
Tel: 863-485-0550
Email: kekomardi@gmail.com


# EXHIBIT (1)


2

# Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE ⚬**

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | Customer Information | September 12, 2025 |

## USPS Tracking Intranet Tracking Number Result

**Result for Domestic Tracking Number 9510 8152 6385 5256 3875 33**

Tracking Expires On
September 14, 2026

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 20528 | WASHINGTON | DC |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 328199998 | ORLANDO | FL |

### Tracking Number Classification

#### Class/Service

| | |
|---|---|
| **Class/Service:** | Priority Mail Signature Confirmation |
| **Class of Mail Code/Description:** | PM / Priority Mail® |

#### Origin / Return / Pickup Address Information

| | |
|---|---|
| **Address:** | |
| **City:** | |
| **State:** | |
| **5-Digit ZIP Code:** | 32819 |
| **4-Digit ZIP Code add on:** | 9998 |

#### Service Delivery Information

| | |
|---|---|
| **Service Performance Date:** | Expected Delivery by: Wednesday, 09/17/2025 |
| **Expected Delivery:** | on Monday, 09/15/2025 |
| **Delivery Option Indicator:** | 1 - Normal Delivery |
| **Zone:** | 05 |
| **PO Box:** | N |
| **Other Information** | Service Calculation Information |

#### Payment

| | |
|---|---|
| **Payment Type:** | Other Postage |
| **Payment Account Number:** | 000000000000 |
| **Postage:** | $11.00 |
| **Weight:** | 0 lb(s) 11.00 oz(s) |
| **Rate Indicator:** | Flat Rate Envelope |

#### Other Information

| | |
|---|---|
| **Firm Label ID:** | 5115 113D 8145 9033 4766 |

Agent Information

Request Internal USPS Tracking Plus Statement

### Extra Services

**Extra Services Details**

| Description | Amount |
|---|---|
| Signature Confirmation | $4.95 |
| Up to $100 insurance included | $0.00 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED, LEFT WITH INDIVIDUAL | 01 | 09/15/2025 | 13:12 | WASHINGTON, DC 20528 | Firm Book | MDD TR C058A05412 (interface type - wireless) | Scanned by route 0203C000 | 09/15/2025 12:27:03 | Facility Finance Number: 105010 Firm Name: HOMELAND SEC 20528 Recipient Name: H HOMELAAND SERV [Request Delivery Record] [View Delivery Signature and Address] Firmbook: 5115113D814590334766 GEO Location Data Available |
| DELIVERED, LEFT WITH INDIVIDUAL | 01 | 09/15/2025 | 13:11 | WASHINGTON, DC 20593 | Firm Book | MDD TR C058A05412 (interface type - wireless) | Scanned by route 0203C000 | 09/15/2025 12:27:03 | Facility Finance Number: 105010 Firm Name: HOMELAND SEC 20528 Recipient Name: C COAST GUARD [Request Delivery Record] [View Delivery Signature and Address] Firmbook: 5115113D814590334766 GEO Location Data Available |
| ARRIVAL AT UNIT | 07 | 09/15/2025 | 11:13 | WASHINGTON, DC 20018 | Firm Book | MIO 15113D8145 (non-wireless) | Scanned by route 00000000 | 09/15/2025 10:47:14 | PC / QF Reason Code OFD Same Day Firmbook: 5115113D814590334766 |
| ARRIVE USPS FACILITY | A1 | 09/15/2025 | 03:09 | WASHINGTON, DC 20018 | Container Generated | S017502616 | | 09/15/2025 03:43:09 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT GEO Location Data Available |
| ARRIVE USPS FACILITY | A1 | 09/15/2025 | 03:09 | WASHINGTON, DC 20018 | Container Generated | S017502616 | | 09/15/2025 03:43:09 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT GEO Location Data Available |
| DEPART USPS FACILITY | T1 | 09/15/2025 | 02:51 | WASHINGTON, DC 20066 | Container Generated | S017502616 | | 09/15/2025 03:39:06 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT GEO Location Data Available |
| DEPART USPS FACILITY | L1 | 09/15/2025 | 02:28 | WASHINGTON, DC 20066 | Container Generated | S019024094 | | 09/15/2025 03:25:15 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT |
| CONTAINER CLOSE | C1 | 09/15/2025 | 00:45 | WASHINGTON, DC 20066 | Container Generated | S411302641 | | 09/15/2025 03:25:15 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT |
| ENROUTE/PROCESSED | 10 | 09/15/2025 | 00:07 | WASHINGTON, DC 20066 | Scanned | APBS-002-000005 | | 09/15/2025 01:56:25 | UPC Barcode: PS00001000014 Length: 7.87 inch(es) Width: 12.4 inch(es) Height: 0.2 inch(es) Weight: 0 lb(s) 10.24 oz(s) |
| ARRIVE USPS FACILITY | U1 | 09/14/2025 | 21:48 | WASHINGTON, DC 20066 | Container Generated | S018901951 | | 09/15/2025 02:21:20 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | U1 | 09/14/2025 | 19:51 | CAPITOL HEIGHTS, MD 20799 | Container Generated | S203716057 | | 09/14/2025 19:27:11 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | A1 | 09/14/2025 | 19:29 | CAPITOL HEIGHTS, MD 20799 | Container Generated | SV Yard Visibility | | 09/14/2025 19:15:02 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | A1 | 09/14/2025 | 19:29 | CAPITOL HEIGHTS, MD 20799 | Container Generated | SV Yard Visibility | | 09/14/2025 19:15:02 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| IN TRANSIT TO NEXT FACILITY | TL | 09/14/2025 | 18:06 | FREDERICKSBURG, VA 22408 | Container Generated | FOURKITES | | 09/14/2025 17:54:08 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT GEO Location Data Available |
| DEPART USPS FACILITY | L1 | 09/14/2025 | 17:52 | CAPITOL HEIGHTS, MD 20799 | Container Generated | S418311129 | | 09/15/2025 02:21:20 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| DEPART USPS FACILITY | T1 | 09/14/2025 | 17:11 | SANDSTON, VA 23150 | Container Generated | SV Yard Visibility | | 09/14/2025 16:57:11 | Container ID: 99P20Z–3G0592223- |

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 02563592223<br>Container Type: GAYLORD 4FT |
| DEPART USPS FACILITY | T1 | 09/14/2025 | 17:03 | SANDSTON, VA 23150 | Container Generated | S500400891 | | 09/14/2025 16:41:09 | Container ID: 99P20Z--3G0592223-02563592223<br>Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | A1 | 09/14/2025 | 16:16 | SANDSTON, VA 23150 | Container Generated | S500400891 | | 09/14/2025 15:59:04 | Container ID: 99P20Z--3G0592223-02563592223<br>Container Type: GAYLORD 4FT |
| IN TRANSIT TO NEXT FACILITY | TL | 09/14/2025 | 12:23 | SAINT PAULS, NC 28384 | Container Generated | FOURKITES | | 09/14/2025 12:29:06 | Container ID: 99P20Z--3G0592223-02563592223<br>Container Type: GAYLORD 4FT<br>GEO Location Data Available |
| IN TRANSIT TO NEXT FACILITY | TL | 09/14/2025 | 07:42 | RICEBORO, GA 31323 | Container Generated | FOURKITES | | 09/14/2025 07:28:08 | Container ID: 99P20Z--3G0592223-02563592223<br>Container Type: GAYLORD 4FT<br>GEO Location Data Available |
| DEPART USPS FACILITY | T1 | 09/14/2025 | 02:57 | ORLANDO, FL 32824 | Container Generated | S019921038 | | 09/14/2025 02:42:15 | Container ID: 99P20Z--3G0592223-02563592223<br>Container Type: GAYLORD 4FT |
| DEPART USPS FACILITY | L1 | 09/14/2025 | 02:45 | ORLANDO, FL 32824 | Container Generated | S018702238 | | 09/14/2025 02:28:10 | Container ID: 99P20Z--3G0592223-02563592223<br>Container Type: GAYLORD 4FT |
| CONTAINER CLOSE | C1 | 09/14/2025 | 00:51 | ORLANDO, FL 32824 | Container Generated | IODP | | 09/14/2025 00:29:09 | Container ID: 99P20Z--3G0592223-02563592223<br>Container Type: GAYLORD 4FT |
| CONTAINER CLOSE | C1 | 09/14/2025 | 00:51 | ORLANDO, FL 32824 | Container Generated | IODP | | 09/14/2025 00:29:09 | Container ID: 99P20Z--3G0592223-02563592223<br>Container Type: GAYLORD 4FT |
| ENROUTE/PROCESSED | 10 | 09/13/2025 | 20:53 | ORLANDO, FL 32824 | Scanned | APPS-041-1 | | 09/13/2025 19:58:05 | UPC Barcode: PS00001000014<br>Length: 12 inch(es)<br>Width: 9.6 inch(es)<br>Height: 0.1 inch(es)<br>Weight: 0 lb(s) 9.92 oz(s) |
| DEPART POST OFFICE | SF | 09/13/2025 | 16:40 | ORLANDO, FL 32819 | System Generated | | | 09/13/2025 16:09:02 | Closeout Label ID: CT14 3882 3000 2509 1315 4113 000 |
| ACCEPT OR PICKUP | 03 | 09/13/2025 | 12:53 | ORLANDO, FL 328199998 | Scanned | RSS POS526385 | | 09/13/2025 12:17:09 | UPC Barcode: PS00001000014<br>Facility Finance Number: 116939<br>Length: 12.5 inch(es)<br>Width: 9.5 inch(es)<br>Height: 0.01 inch(es)<br>Weight: 0 lb(s) 11.00 oz(s) |

Enter up to 35 items separated by commas.

Select Search Type:    Quick Search  ⌄    | Submit |

Product Tracking & Reporting, All Rights Reserved
Version: 25.4.3-b8450d06

Help

**UNITED STATES POSTAL SERVICE** ®

# Product Tracking & Reporting

Home    Search    Reports    Manual Entry    Rates/ Commitments    PTR / EDW    Customer Information    September 12, 2025

## USPS Tracking Intranet

## Delivery Signature and Address

Tracking Number: 9510 8152 6385 5256 3875 33

**This item was delivered on 09/15/2025 at 13:12:00**

< Return to Tracking Number View



| | |
|---|---|
| Signature | HOMELANDS TONY K |
| Address | 20528 |

Enter up to 35 items separated by commas.

Select Search Type:    Quick Search  ⌄    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 25.4.3-b8450d06

Help

# Product Tracking & Reporting

UNITED STATES
POSTAL SERVICE ®

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | Customer Information | September 19, 2025 |

## USPS Tracking Intranet Tracking Number Result

**Result for Domestic Tracking Number 9510 8152 6385 5256 3875 57**

Tracking Expires On
September 14, 2026

### Destination and Origin

#### Destination

| ZIP Code | City | State |
|---|---|---|
| 20530 | WASHINGTON | DC |

#### Origin

| ZIP Code | City | State |
|---|---|---|
| 328199998 | ORLANDO | FL |

### Tracking Number Classification

#### Class/Service

| | |
|---|---|
| **Class/Service:** | Priority Mail Signature Confirmation |
| **Class of Mail Code/Description:** | PM / Priority Mail® |

#### Origin / Return / Pickup Address Information

| | |
|---|---|
| **Address:** | |
| **City:** | |
| **State:** | |
| **5-Digit ZIP Code:** | 32819 |
| **4-Digit ZIP Code add on:** | 9998 |

#### Service Delivery Information

| | |
|---|---|
| **Service Performance Date:** | Expected Delivery by: Wednesday, 09/17/2025 |
| **Expected Delivery:** | on Monday, 09/15/2025 |
| **Delivery Option Indicator:** | 1 - Normal Delivery |
| **Zone:** | 05 |
| **PO Box:** | N |
| **Other Information** | Service Calculation Information |

#### Payment

| | |
|---|---|
| **Payment Type:** | Other Postage |
| **Payment Account Number:** | 000000000000 |
| **Postage:** | $11.00 |
| **Weight:** | 0 lb(s) 12.00 oz(s) |
| **Rate Indicator:** | Flat Rate Envelope |

#### Other Information

| | |
|---|---|
| **Firm Label ID:** | 51C3 59A1 0708 0315 7313 |

Agent Information

Request Internal USPS Tracking Plus Statement

### Extra Services

#### Extra Services Details

| Description | Amount |
|---|---|
| Signature Confirmation | $4.95 |
| Up to $100 insurance included | $0.00 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED, CALLER SERVICE OR GENERAL DELIVERY | 01 | 09/16/2025 | 04:43 | WASHINGTON, DC 20530 | Firm Book | MIO 14205D812A (interface type - wireless) | Scanned by route 00000000 | 09/16/2025 04:05:02 | Facility Finance Number: 105010  Firm Name: JUSTICE 20530  Recipient Name: K JERNIGAN  **Request Delivery Record**  **View Delivery Signature and Address**  Firmbook: 51C359A1070803157313  GEO Location Data Available |
| DELIVERY ATTEMPTED - NO ACCESS TO DELIVERY LOCATION | 51 | 09/15/2025 | 12:56 | WASHINGTON, DC 20530 | Firm Book | MIO 18342D818A (interface type - wireless) | Scanned by route 00000000 | 09/15/2025 12:11:02 | Firmbook: 51C359A1070803157313 |
| ARRIVAL AT UNIT | 07 | 09/15/2025 | 07:04 | WASHINGTON, DC 20018 | Firm Book | MDD TR C359A10708 (interface type - wireless) | Scanned by route 0022C111 | 09/15/2025 06:27:18 | PC / OF Reason Code  OFD Same Day  Firmbook: 51C359A1070803157313 |
| ARRIVE USPS FACILITY | A1 | 09/15/2025 | 03:09 | WASHINGTON, DC 20018 | Container Generated | S017502616 | | 09/15/2025 03:43:06 | Container ID: 99P200ZJ2KD001V3R-42578730847  Container Type: GAYLORD 4FT  GEO Location Data Available |
| ARRIVE USPS FACILITY | A1 | 09/15/2025 | 03:09 | WASHINGTON, DC 20018 | Container Generated | S017502616 | | 09/15/2025 03:43:06 | Container ID: 99P200ZJ2KD001V3R-42578730847  Container Type: GAYLORD 4FT  GEO Location Data Available |
| DEPART USPS FACILITY | T1 | 09/15/2025 | 02:51 | WASHINGTON, DC 20066 | Container Generated | S017502616 | | 09/15/2025 03:39:09 | Container ID: 99P200ZJ2KD001V3R-42578730847  Container Type: GAYLORD 4FT  GEO Location Data Available |
| DEPART USPS FACILITY | L1 | 09/15/2025 | 02:28 | WASHINGTON, DC 20066 | Container Generated | S019024094 | | 09/15/2025 03:25:10 | Container ID: 99P200ZJ2KD001V3R-42578730847  Container Type: GAYLORD 4FT |
| CONTAINER CLOSE | C1 | 09/15/2025 | 00:45 | WASHINGTON, DC 20066 | Container Generated | S411302641 | | 09/15/2025 03:25:10 | Container ID: 99P200ZJ2KD001V3R-42578730847  Container Type: GAYLORD 4FT |
| ENROUTE/PROCESSED | 10 | 09/15/2025 | 00:04 | WASHINGTON, DC 20066 | Scanned | APBS-002-000002 | | 09/15/2025 01:57:25 | UPC Barcode: PS00001000014  Length: 8.07 inch(es)  Width: 12.6 inch(es)  Height: 0.2 inch(es)  Weight: 0 lb(s) 11.84 oz(s) |
| ARRIVE USPS FACILITY | U1 | 09/14/2025 | 21:48 | WASHINGTON, DC 20066 | Container Generated | S018901951 | | 09/15/2025 02:16:25 | Container ID: 99P20Z–3G0592223-02563592223  Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | U1 | 09/14/2025 | 19:51 | CAPITOL HEIGHTS, MD 20799 | Container Generated | S203716057 | | 09/14/2025 19:27:08 | Container ID: 99P20Z–3G0592223-02563592223  Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | A1 | 09/14/2025 | 19:29 | CAPITOL HEIGHTS, MD 20799 | Container Generated | SV Yard Visibility | | 09/14/2025 19:15:14 | Container ID: 99P20Z–3G0592223-02563592223  Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | A1 | 09/14/2025 | 19:29 | CAPITOL HEIGHTS, MD 20799 | Container Generated | SV Yard Visibility | | 09/14/2025 19:15:14 | Container ID: 99P20Z–3G0592223-02563592223  Container Type: GAYLORD 4FT |
| IN TRANSIT TO NEXT FACILITY | TL | 09/14/2025 | 18:06 | FREDERICKSBURG, VA 22408 | Container Generated | FOURKITES | | 09/14/2025 17:54:08 | Container ID: 99P20Z–3G0592223-02563592223  Container Type: GAYLORD 4FT  GEO Location Data Available |
| DEPART USPS FACILITY | L1 | 09/14/2025 | 17:52 | CAPITOL HEIGHTS, MD 20799 | Container Generated | S418311129 | | 09/15/2025 02:16:25 | Container ID: 99P20Z–3G0592223-02563592223  Container Type: GAYLORD 4FT |
| DEPART USPS FACILITY | T1 | 09/14/2025 | 17:11 | SANDSTON, VA 23150 | Container Generated | SV Yard Visibility | | 09/14/2025 16:57:05 | Container ID: 99P20Z–3G0592223-02563592223  Container Type: GAYLORD 4FT |
| DEPART USPS FACILITY | T1 | 09/14/2025 | 17:03 | SANDSTON, VA 23150 | Container Generated | S500400891 | | 09/14/2025 16:41:06 | Container ID: 99P20Z–3G0592223-02563592223  Container Type: GAYLORD 4FT |

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| ARRIVE USPS FACILITY | A1 | 09/14/2025 | 16:16 | SANDSTON, VA 23150 | Container Generated | S500400891 | | 09/14/2025 15:59:04 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| IN TRANSIT TO NEXT FACILITY | TL | 09/14/2025 | 12:23 | SAINT PAULS, NC 28384 | Container Generated | FOURKITES | | 09/14/2025 12:29:07 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT GEO Location Data Available |
| IN TRANSIT TO NEXT FACILITY | TL | 09/14/2025 | 07:42 | RICEBORO, GA 31323 | Container Generated | FOURKITES | | 09/14/2025 07:28:18 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT GEO Location Data Available |
| DEPART USPS FACILITY | T1 | 09/14/2025 | 02:57 | ORLANDO, FL 32824 | Container Generated | S019921038 | | 09/14/2025 02:42:18 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| DEPART USPS FACILITY | L1 | 09/14/2025 | 02:45 | ORLANDO, FL 32824 | Container Generated | S018702238 | | 09/14/2025 02:28:16 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| CONTAINER CLOSE | C1 | 09/14/2025 | 00:51 | ORLANDO, FL 32824 | Container Generated | IODP | | 09/14/2025 00:29:09 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| CONTAINER CLOSE | C1 | 09/14/2025 | 00:51 | ORLANDO, FL 32824 | Container Generated | IODP | | 09/14/2025 00:29:09 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| ENROUTE/PROCESSED | 10 | 09/13/2025 | 20:54 | ORLANDO, FL 32824 | Scanned | APPS-041-1 | | 09/13/2025 19:58:08 | UPC Barcode: PS00001000014 Length: 12.2 inch(es) Width: 9.5 inch(es) Height: 0.1 inch(es) Weight: 0 lb(s) 11.84 oz(s) |
| DEPART POST OFFICE | SF | 09/13/2025 | 16:40 | ORLANDO, FL 32819 | System Generated | | | 09/13/2025 16:09:04 | Closeout Label ID: CT14 3882 3000 2509 1315 4113 000 |
| ACCEPT OR PICKUP | 03 | 09/13/2025 | 12:54 | ORLANDO, FL 328199998 | Scanned | RSS POS526385 | | 09/13/2025 12:17:03 | UPC Barcode: PS00001000014 Facility Finance Number: 116939 Length: 12.5 inch(es) Width: 9.5 inch(es) Height: 0.01 inch(es) Weight: 0 lb(s) 12.00 oz(s) |

Enter up to 35 items separated by commas.

Select Search Type:   Quick Search ⌄   [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 25.4.3-b8450d06

# Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE®**

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | Customer Information | September 19, 2025 |

## USPS Tracking Intranet

### Delivery Signature and Address

**Tracking Number: 9510 8152 6385 5256 3875 57**

**This item was delivered on 09/16/2025 at 04:43:00**

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:   Quick Search  ⌄      Submit

Product Tracking & Reporting, All Rights Reserved
Version: 25.4.3-b8450d06

Help

**UNITED STATES POSTAL SERVICE ®**

# Product Tracking & Reporting

Home    Search    Reports    Manual Entry    Rates/ Commitments    PTR / EDW    Customer Information

September 19, 2025

## USPS Tracking Intranet Tracking Number Result

**Result for Domestic Tracking Number 9510 8152 6385 5256 3874 58**

Tracking Expires On
September 14, 2026

### Destination and Origin

#### Destination

| ZIP Code | City | State |
|---|---|---|
| 20530 | WASHINGTON | DC |

#### Origin

| ZIP Code | City | State |
|---|---|---|
| 328199998 | ORLANDO | FL |

### Tracking Number Classification

#### Class/Service

| | |
|---|---|
| **Class/Service:** | Priority Mail Signature Confirmation |
| **Class of Mail Code/Description:** | PM / Priority Mail® |

#### Origin / Return / Pickup Address Information

| | |
|---|---|
| **Address:** | |
| **City:** | |
| **State:** | |
| **5-Digit ZIP Code:** | 32819 |
| **4-Digit ZIP Code add on:** | 9998 |

#### Service Delivery Information

| | |
|---|---|
| **Service Performance Date:** | Expected Delivery by: Wednesday, 09/17/2025 |
| **Expected Delivery:** | on Monday, 09/15/2025 |
| **Delivery Option Indicator:** | 1 - Normal Delivery |
| **Zone:** | 05 |
| **PO Box:** | N |
| **Other Information** | Service Calculation Information |

#### Payment

| | |
|---|---|
| **Payment Type:** | Other Postage |
| **Payment Account Number:** | 000000000000 |
| **Postage:** | $11.00 |
| **Weight:** | 0 lb(s) 13.00 oz(s) |
| **Rate Indicator:** | Flat Rate Envelope |

#### Other Information

| | |
|---|---|
| **Firm Label ID:** | 51C3 59A1 0708 0315 7313 |

Agent Information

Request Internal USPS Tracking Plus Statement

### Extra Services

#### Extra Services Details

| Description | Amount |
|---|---|
| Signature Confirmation | $4.95 |
| Up to $100 insurance included | $0.00 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED, CALLER SERVICE OR GENERAL DELIVERY | 01 | 09/16/2025 | 04:43 | WASHINGTON, DC 20530 | Firm Book | MIO 14205D812A (interface type - wireless) | Scanned by route 00000000 | 09/16/2025 04:05:03 | Facility Finance Number: 105010 Firm Name: JUSTICE 20530 Recipient Name: K JERNIGAN [Request Delivery Record] [View Delivery Signature and Address] Firmbook: 51C359A1070803157313 GEO Location Data Available |
| DELIVERY ATTEMPTED - NO ACCESS TO DELIVERY LOCATION | 51 | 09/15/2025 | 12:56 | WASHINGTON, DC 20530 | Firm Book | MIO 18342D818A (interface type - wireless) | Scanned by route 00000000 | 09/15/2025 12:11:05 | Firmbook: 51C359A1070803157313 |
| ARRIVAL AT UNIT | 07 | 09/15/2025 | 06:54 | WASHINGTON, DC 20018 | Firm Book | MDD TR C359A10708 (interface type - wireless) | Scanned by route 0022C111 | 09/15/2025 06:27:13 | PC / OF Reason Code OFD Same Day Firmbook: 51C359A1070803157313 |
| ARRIVE USPS FACILITY | A1 | 09/15/2025 | 03:09 | WASHINGTON, DC 20018 | Container Generated | S017502616 | | 09/15/2025 03:43:07 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT GEO Location Data Available |
| ARRIVE USPS FACILITY | A1 | 09/15/2025 | 03:09 | WASHINGTON, DC 20018 | Container Generated | S017502616 | | 09/15/2025 03:43:07 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT GEO Location Data Available |
| DEPART USPS FACILITY | T1 | 09/15/2025 | 02:51 | WASHINGTON, DC 20066 | Container Generated | S017502616 | | 09/15/2025 03:39:10 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT GEO Location Data Available |
| DEPART USPS FACILITY | L1 | 09/15/2025 | 02:28 | WASHINGTON, DC 20066 | Container Generated | S019024094 | | 09/15/2025 03:25:09 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT |
| CONTAINER CLOSE | C1 | 09/15/2025 | 00:45 | WASHINGTON, DC 20066 | Container Generated | S411302641 | | 09/15/2025 03:25:09 | Container ID: 99P200ZJ2KD001V3R-42578730847 Container Type: GAYLORD 4FT |
| ENROUTE/PROCESSED | 10 | 09/15/2025 | 00:06 | WASHINGTON, DC 20066 | Scanned | APBS-002-000005 | | 09/15/2025 01:53:38 | UPC Barcode: PS00001000014 Length: 10.04 inch(es) Width: 12.99 inch(es) Height: 0.2 inch(es) Weight: 0 lb(s) 12.48 oz(s) |
| ARRIVE USPS FACILITY | U1 | 09/14/2025 | 21:48 | WASHINGTON, DC 20066 | Container Generated | S018901951 | | 09/15/2025 02:21:09 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | U1 | 09/14/2025 | 19:51 | CAPITOL HEIGHTS, MD 20799 | Container Generated | S203716057 | | 09/14/2025 19:27:32 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | A1 | 09/14/2025 | 19:29 | CAPITOL HEIGHTS, MD 20799 | Container Generated | SV Yard Visibility | | 09/14/2025 19:15:18 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| ARRIVE USPS FACILITY | A1 | 09/14/2025 | 19:29 | CAPITOL HEIGHTS, MD 20799 | Container Generated | SV Yard Visibility | | 09/14/2025 19:15:18 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| IN TRANSIT TO NEXT FACILITY | TL | 09/14/2025 | 18:06 | FREDERICKSBURG, VA 22408 | Container Generated | FOURKITES | | 09/14/2025 17:54:04 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT GEO Location Data Available |
| DEPART USPS FACILITY | L1 | 09/14/2025 | 17:52 | CAPITOL HEIGHTS, MD 20799 | Container Generated | S418311129 | | 09/15/2025 02:21:09 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| DEPART USPS FACILITY | T1 | 09/14/2025 | 17:11 | SANDSTON, VA 23150 | Container Generated | SV Yard Visibility | | 09/14/2025 16:57:07 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| DEPART USPS FACILITY | T1 | 09/14/2025 | 17:03 | SANDSTON, VA 23150 | Container Generated | S500400891 | | 09/14/2025 16:41:05 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| ARRIVE USPS FACILITY | A1 | 09/14/2025 | 16:16 | SANDSTON, VA 23150 | Container Generated | S500400891 | | 09/14/2025 15:59:02 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| IN TRANSIT TO NEXT FACILITY | TL | 09/14/2025 | 12:23 | SAINT PAULS, NC 28384 | Container Generated | FOURKITES | | 09/14/2025 12:29:03 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT GEO Location Data Available |
| IN TRANSIT TO NEXT FACILITY | TL | 09/14/2025 | 07:42 | RICEBORO, GA 31323 | Container Generated | FOURKITES | | 09/14/2025 07:28:12 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT GEO Location Data Available |
| DEPART USPS FACILITY | T1 | 09/14/2025 | 02:57 | ORLANDO, FL 32824 | Container Generated | S019921038 | | 09/14/2025 02:42:06 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| DEPART USPS FACILITY | L1 | 09/14/2025 | 02:45 | ORLANDO, FL 32824 | Container Generated | S018702238 | | 09/14/2025 02:28:13 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| CONTAINER CLOSE | C1 | 09/14/2025 | 00:51 | ORLANDO, FL 32824 | Container Generated | IODP | | 09/14/2025 00:29:09 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| CONTAINER CLOSE | C1 | 09/14/2025 | 00:51 | ORLANDO, FL 32824 | Container Generated | IODP | | 09/14/2025 00:29:09 | Container ID: 99P20Z–3G0592223-02563592223 Container Type: GAYLORD 4FT |
| ENROUTE/PROCESSED | 10 | 09/13/2025 | 20:54 | ORLANDO, FL 32824 | Scanned | APPS-041-1 | | 09/13/2025 19:58:03 | UPC Barcode: PS00001000014 Length: 13.5 inch(es) Width: 9.7 inch(es) Height: 0.1 inch(es) Weight: 0 lb(s) 12.16 oz(s) |
| DEPART POST OFFICE | SF | 09/13/2025 | 16:40 | ORLANDO, FL 32819 | System Generated | | | 09/13/2025 16:09:02 | Closeout Label ID: CT14 3882 3000 2509 1315 4113 000 |
| ACCEPT OR PICKUP | 03 | 09/13/2025 | 12:48 | ORLANDO, FL 328199998 | Scanned | RSS POS526385 | | 09/13/2025 12:17:08 | UPC Barcode: PS00001000014 Facility Finance Number: 116939 Length: 12.5 inch(es) Width: 9.5 inch(es) Height: 0.01 inch(es) Weight: 0 lb(s) 13.00 oz(s) |

Enter up to 35 items separated by commas.

Select Search Type:     Quick Search    ⌄        Submit

Product Tracking & Reporting, All Rights Reserved
Version: 25.4.3-b8450d06

# Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE**

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | Customer Information | September 19, 2025 |

## USPS Tracking Intranet

## Delivery Signature and Address

**Tracking Number: 9510 8152 6385 5256 3874 58**

**This item was delivered on 09/16/2025 at 04:43:00**

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:    Quick Search  ⌄    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 25.4.3-b8450d06

# EXHIBIT (2)

4

E-FILE,PROSE-NP,TYPE I-FOIA

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25-cv-03186-ACR

| | |
|---|---|
| PAYNE v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br>Assigned to: Judge Ana C. Reyes<br>Related Cases: 1:25-cv-01952-ACR<br>                    1:25-cv-03358-RBW<br>Cause: 05:552 Freedom of Information Act | Date Filed: 09/12/2025<br>Jury Demand: None<br>Nature of Suit: 895 Freedom of Information Act<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**RAYON SHERWIN PAYNE**        represented by    **RAYON SHERWIN PAYNE**
8815 Conroy Windermere Rd
Ste #208
Orlando, FL 32835
Email: kekomardi@gmail.com
PRO SE

V.

**Defendant**

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2025 | 1 | COMPLAINT against UNITED STATES DEPARTMENT OF HOMELAND SECURITY ( Filing fee $ 405, receipt number 210387) filed by RAYON SHERWIN PAYNE. (Attachments: # 1 Civil Cover Sheet)(znmw) (Entered: 09/15/2025) |
| 09/12/2025 | | SUMMONS (3) Issued as to UNITED STATES DEPARTMENT OF HOMELAND SECURITY, U.S. Attorney and U.S. Attorney General (znmw) (Entered: 09/15/2025) |
| 09/12/2025 | 2 | NOTICE OF RELATED CASE by RAYON SHERWIN PAYNE. Case related to Case No. 25cv1952 ACR. (znmw) (Entered: 09/15/2025) |
| 09/12/2025 | 3 | NOTICE of Supervisory Writ by RAYON SHERWIN PAYNE (znmw) (Entered: 09/15/2025) |
| 09/12/2025 | 4 | MOTION for CM/ECF Password by RAYON SHERWIN PAYNE. (znmw) (Entered: 09/15/2025) |

| 09/15/2025 | | MINUTE ORDER granting 4 Motion for CM/ECF Password. The Clerk's Office will reach out to help grant access. Signed by Judge Ana C. Reyes on 09/15/2025. (lcacr2) (Entered: 09/15/2025) |
|---|---|---|
| 09/16/2025 | 5 | First MOTION to Disqualify Judge *Reyes* by RAYON SHERWIN PAYNE. (Attachments: # 1 Text of Proposed Order)(PAYNE, RAYON) (Entered: 09/16/2025) |
| 09/22/2025 | 6 | NOTICE *Judicial Notice* by RAYON SHERWIN PAYNE (PAYNE, RAYON) (Entered: 09/22/2025) |
| 09/22/2025 | 7 | NOTICE *Proof of service* by RAYON SHERWIN PAYNE (PAYNE, RAYON) (Entered: 09/22/2025) |
| 09/22/2025 | | MINUTE ORDER denying 5 Motion to Disqualify Judge. While Plaintiff cites to 28 U.S.C. § 455, Plaintiff does not point to any facts meeting the standard contained in that statute. That the Court transferred Plaintiff's immigration case, No. 25-cv-1952, to a more suitable forum without deciding the merits does not "reasonably" raise questions about its "impartiality" to adjudicate this FOIA case, *id*. § 455(a), nor constitute "personal bias or prejudice concerning a party," *id*. § 455(b)(1). Plaintiff's Motion otherwise makes only conclusory statements about the Court's ability to fairly adjudicate this case. The Court DENIES the Motion. Signed by Judge Ana C. Reyes on 09/22/2025. (lcacr2) (Entered: 09/22/2025) |
| 09/22/2025 | 8 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNITED STATES DEPARTMENT OF HOMELAND SECURITY served on 9/15/2025, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 9/16/2025., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 9/16/2025. ( Answer due for ALL FEDERAL DEFENDANTS by 10/16/2025.) (See Docket Entry 7 to view document). (znmw) (Entered: 09/23/2025) |
| 09/25/2025 | 9 | First MOTION to Disqualify Counsel *DOJ* by RAYON SHERWIN PAYNE. (Attachments: # 1 Text of Proposed Order)(PAYNE, RAYON) (Entered: 09/25/2025) |
| 09/25/2025 | | MINUTE ORDER denying 9 Motion to Disqualify Counsel. The Court does not have the authority to disqualify the entirety of the Department of Justice from serving as counsel to the Defendant. Under 28 U.S.C. § 516, "the conduct of litigation in which the United States, an agency, or officer thereof is a party, or is interested, and securing evidence therefor, is reserved to officers of the Department of Justice, under the direction of the Attorney General." Signed by Judge Ana C. Reyes on 09/25/2025. (lcacr2) (Entered: 09/25/2025) |
| 09/29/2025 | 10 | NOTICE of Filing Petition for Writ of Mandamus with the USCA by RAYON SHERWIN PAYNE (znmw) (Entered: 10/02/2025) |

| PACER Service Center |
|---|
| **Transaction Receipt** |

|  | 10/17/2025 00:37:11 |  |  |
| --- | --- | --- | --- |
| **PACER Login:** | folks9595 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-03186-ACR |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |