UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYON PAYNE,
        Plaintiff,

V.                                                    Civil Action No. 1:25-cv-03186-ACR

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, (DHS)
        Defendant.
_____/

**CLERK ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon consideration of the

Plaintiff's Request for Entry of Default and the supporting documentation showing proper

service and failure of Defendant to plead or otherwise defend,

IT IS HEREBY ORDERED that the Clerk of the Court shall enter default against Defendant

Department of Homeland Security for failure to appear, plead, or otherwise defend in this action.

SO ORDERED.

Dated: _____

_____
Clerk of Court