UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYON PAYNE,
    Plaintiff,

V.                                Civil Action No. 1:25-cv-03186-ACR

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, (DHS)
    Defendant.
_____/

**AMENDED MOTION FOR ENTRY OF DEFAULT**

COMES NOW Rayon Payne, Plaintiff request(s) that the clerk of court enter default against

Jermain Carlos Diaz, Defendant pursuant to Fed. R. Civ. P. 55(a) and (b)(1). In support of this

request Plaintiff relies upon the record in this case and the affidavit submitted herein.

Date: 10/27/2025                          Respectfully submitted,

_____
RAYON PAYNE, PRO SE
8815 Conroy Windermere Rd
Ste. #208
Orlando Florida 32835
Tel: 863-485-0550
Email: kekomardi@gmail.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th  day of October, 2025, I served a true and correct copy of the

following motion via U.S. mail, postage prepaid, and/or by electronic service where applicable,

upon the following:

- **General Counsel, U.S. Department of Homeland Security**
  Office of the General Counsel
  2707 Martin Luther King Jr. Avenue SE
  Washington, DC 20528
- **U.S. Attorney for the District of Columbia**
  Civil Process Clerk
  601 D Street NW
  Washington, DC 20530
- **U.S. Department of Justice – Attorney General**
  950 Pennsylvania Avenue NW
  Washington, DC 20530

Respectfully submitted,

_____
RAYON PAYNE, PRO SE

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYON PAYNE,
   Plaintiff,

V.                                                  Civil Action No. 1:25-cv-03186-ACR

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, (DHS),
   Defendant.
_____ //

### AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT

I, RAYON PAYNE , declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the plaintiff in this action.

2. I am the plaintiff in this Freedom of Information Act (FOIA) action against the Department of Homeland Security (DHS), seeking production of my immigration "A-file" under FOIA request..

3. On [Date of Service], I properly served the complaint and summons upon DHS in accordance with Rule 4(i) of the Federal Rules of Civil Procedure. Proof of service has been filed with the court at docket #8.

4. As of the date of this affidavit, DHS has failed to file any answer, motion, or responsive pleading within the time prescribed by law.

5. To the best of my knowledge and belief, the defendant is not an infant, incompetent person, or currently serving in the military service as defined by the Servicemembers Civil Relief Act.

6. DHS has acknowledged receipt of my FOIA request but has not complied with the statutory time limits to produce responsive documents or provide a final determination.

3

7. The defendant's failure to appear or defend in this matter has caused delay and prejudice to my right to obtain timely access to records critical to related ongoing litigation.

I respectfully request that the Clerk enter default against DHS pursuant to Fed. R. Civ. P. 55(a) and (b)(1).

Date: 10/27/2025

**RAYON PAYNE, PRO SE**
8815 Conroy Windermere Rd. Ste. #208
Orlando Florida 32835
Tel: 863-485-0550
Email: info@folksalert.com

(NOTARY SEAL)    Name:_____ Date: _____

Personally Known _____ OR Produced Identification _____

Type of Identification Produced_____

*Please see attached document* ⊕

4

**FLORIDA JURAT**
FS 117.05(13)

State of Florida

County of _Orange_ }

Sworn to (or affirmed) and subscribed before me by means of

☒ Physical Presence,

— OR —

☐ Online Notarization,

this _27th_ day of _October_ _2025_, by
　　　Day　　　　　Month　　　　　Year

_Rayon Payne_
Name of Person Swearing or Affirming

_(signature)_
Signature of Notary Public — State of Florida

_Milyany Calo_
Name of Notary Typed, Printed or Stamped

MILYANNY CALO
Notary Public - State of Florida
Commission # HH 453707
My Comm. Expires Jar 2ˢ, 2028

*Place Notary Seal Stamp Above*

☐ Personally Known

☒ Produced Identification

Type of Identification Produced: _____

_FLDL_

---

— OPTIONAL —

*Completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Affidavit In Support of Motion for Default_

Document Date: _10/27/2025_　　　Number of Pages: _2_

Signer(s) Other Than Named Above: _No other Signer_

---

©2020 National Notary Association

M1304-10 (11/20)