UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYON PAYNE,
Plaintiff,

V.                                                    Civil Action No. 1-25-cv-03186-ACR

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, (DHS)
Defendant.

_____ //

## SERVICEMEMBERS CIVIL RELIEF ACT AFFIDAVIT

I, RAYON PAYNE, certify and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in the above-captioned matter.

2. This affidavit is made pursuant to the Servicemembers Civil Relief Act, 50 U.S.C. § 3931 for the purpose of requesting a clerk's default under Fed. R. Civ. P. 55(a) and (b)(1).

3. To the best of my knowledge and belief, the Defendant, Department of Homeland Security, is not an individual person, and therefore cannot be a servicemember within the meaning of the Act.

4. As such, the protections afforded under the Servicemembers Civil Relief Act do not apply to the Defendant in this action.

Date: 10/27/2025

RAYON PAYNE, PRO SE
8815 Conroy Windermere Rd. Ste. #208
Orlando Florida 32835
Tel: 863-485-0550
Email: kekomaardi@gmail.com

(NOTARY SEAL)        Name:_____        Date: _____

Personally Known _____ OR Produced Identification _____

Type of Identification Produced_____

*please, see attached document @*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2025, I served a true and correct copy of the

following motion via U.S. mail, postage prepaid, and/or by electronic service where applicable,

upon the following:

- **General Counsel, U.S. Department of Homeland Security**
  Office of the General Counsel
  2707 Martin Luther King Jr. Avenue SE
  Washington, DC 20528
- **U.S. Attorney for the District of Columbia**
  Civil Process Clerk
  601 D Street NW
  Washington, DC 20530
- **U.S. Department of Justice – Attorney General**
  950 Pennsylvania Avenue NW
  Washington, DC 20530

Respectfully submitted,

RAYON PAYNE, PRO SE

2

**FLORIDA JURAT**
**FS 117.05(13)**

State of Florida

County of _Orange_ }

Sworn to (or affirmed) and subscribed before me by means of

☒ Physical Presence,

— OR —

☐ Online Notarization,

this _27th_ day of _October_ _2025_, by
   *Day*       *Month*     *Year*

_Rayon Payne_
Name of Person Swearing or Affirming

_____
Signature of Notary Public — State of Florida

_Milyanny Calo_
Name of Notary Typed, Printed or Stamped

☐ Personally Known

☒ Produced Identification

Type of Identification Produced: _____
_FLDL_

MILYANNY CALO
Notary Public - State of Florida
Commission # HH 453707
My Comm. Expires Jan 21, 2028

*Place Notary Seal Stamp Above*

— OPTIONAL —

*Completing this information can deter alteration of the document or*
*fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Servicemembers civil relief Act Afidavit_

Document Date: _10/27/2025_          Number of Pages: _2_

Signer(s) Other Than Named Above: _No ther signer_

©2020 National Notary Association