UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYON PAYNE,
     Plaintiff,

V.                                   Civil Action No. 1:25-cv-03186-ACR

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, (DHS)
     Defendant.
_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM STANDING ORDER 25-55 AND REQUEST FOR ENTRY OF CLERK DEFAULT**

Upon consideration of Plaintiff's Motion for Relief from Standing Order 25-55, Request for Entry of Clerk Default, and related relief, the Court finds that:

1. Plaintiff has demonstrated substantial prejudice resulting from the concealment of critical agency records in a related proceeding, and

2. Plaintiff has presented a prima facie showing that Defendant failed to timely appear or respond under Fed. R. Civ. P. 55(a) prior to the issuance of Executive Standing Order 25-55,

3. Structural conflicts and judicial entanglements raised in Plaintiff's filings may impair the fair administration of this matter.

Accordingly, it is hereby:

**ORDERED that Plaintiff's Motion is GRANTED in part;**

FURTHER ORDERED that the Clerk of Court shall enter default against Defendant pursuant to Fed. R. Civ. P. 55(a);

**FURTHER ORDERED** that the Executive Standing Order 25-55 shall not bar or delay the entry of default in this case due to the unique procedural posture and constitutional implications identified;

**FURTHER ORDERED** that the Court will determine further appropriate relief or default judgment upon separate motion or further proceedings.

SO ORDERED.

Dated: _____, 2025

_____
Ana C. Reyes
United States District Judge