**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RAYON PAYNE,
     Plaintiff,

V.                                                                   Civil Action No. 1:25-cv-03186-ACR

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY,
     Defendant.

_____/

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Renewed Motion for Recusal and Judicial Disqualification pursuant to 28 U.S.C. § 455, and the entire record herein, it is hereby:

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the Honorable Ana C. Reyes is hereby DISQUALIFIED from further proceedings in this matter pursuant to 28 U.S.C. § 455(a) and (b); and it is

FURTHER ORDERED that the Clerk of Court shall reassign this case to another judge in accordance with standard procedures; and it is

FURTHER ORDERED that all pending motions, including Plaintiff's Motion for Relief from Standing Order and Motion to Stay, shall remain under consideration by the newly assigned judicial officer.

SO ORDERED.

Dated: _____


_____
Ana C. Reyes
United States District Judge