**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RAYON PAYNE,

     Plaintiff,

V.                                                                                    Civil Action No. 1:25-cv-03186-ACR

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY,

     Defendant.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S**
**MOTION TO DISQUALIFY THE DEPARTMENT OF JUSTICE**

Upon consideration of Plaintiff's Motion to Disqualify the Department of Justice, the supporting memorandum, exhibits, and the entire record herein, and for good cause shown, it is hereby:

ORDERED that Plaintiff's Motion is GRANTED; and it is

FURTHER ORDERED that the Department of Justice is disqualified from representing the Department of Homeland Security in this matter; and it is

FURTHER ORDERED that the Defendant shall obtain new counsel or otherwise notify the Court of its representation status within 21 days of this Order; and it is

FURTHER ORDERED that all deadlines applicable to Defendant are STAYED pending appearance of substitute counsel; and it is

FURTHER ORDERED that the Clerk of Court shall update the docket to reflect the disqualification of the Department of Justice as counsel of record.

SO ORDERED.

Dated: _____

_____
Ana C. Reyes
United States District Judge