PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

 FSC MIX Board FSC C116916

 how2recycle.info PAPER POUCH

**PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED**

**UNITED STATES POSTAL** | **PRIORITY®**

This package is made from post-consumer waste. Please recycle - again.

- **Expected delivery date spe**
- **Domestic shipments inclu**
- **USPS Tracking®** service in
- **Limited international insura**
- **When used internationally,**

*Insurance does not cover certain it
Domestic Mail Manual at *http://pe.u*

** See International Mail Manual at *

**FLAT RATE E**
ONE RATE ■ ANY WEIGH

**TRACKED ■ IN**

PS00001000014

---

**UNITED STATES POSTAL SERVICE.**    *Retail*

**P**    **US POSTAGE PAID**
**$11.90**

Origin: 32801
11/28/25
1169270807-29

**PRIORITY MAIL®**

0 Lb 7.30 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 12/02/25

C003

SHIP
TO:



333 CONSTITUTION AVE NW
WASHINGTON DC 20001-2802

**USPS TRACKING® #**

9505 5158 5576 5332 8979 05




---

**FROM:**

RAYON PAYNE
8815 CONROY WINDERMERE RD
#208
ORLANDO FL 32835

RECEIVED
Mailroom

DEC - 8 2025    **TO:**

up,
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

U.S. Circuit Court
Attn. Clerk of Court
333 Constitution Av. N.W.
Washington DC 20001