UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| |
|---|
| RAYON PAYNE, |
| Plaintiff, |
| v. |
| DEP'T OF HOMELAND SECURITY, |
| Defendant. |

Civil Action No. 1:25-cv-03186 (ACR)

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's Minute Order entered on December 9, 2025, *see* Min Ord., the United States Citizenship and Immigration Services ("USCIS"), a component of Defendant Department of Homeland Security, respectfully submits this Defendant's Status Report in this action under the Freedom of Information Act ("FOIA") in lieu of the Joint Status Report contemplated by the Court in its Minute Order.

1.    Per the aforementioned Minute Order, the Court directed that "the parties to meet and confer and file a joint status report on or before January 30, 2026.  The joint status report should address, among other things, (1) the status of Plaintiffs' FOIA requests; (2) the anticipated number of documents responsive to Plaintiffs' FOIA requests; (3) the anticipated date(s) for release of those documents; and (4) whether a motion for a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976), is likely.  To the extent that Defendant asserts that it has already responded to Plaintiff's request, the Court directs Plaintiff to state what other information he seeks or, alternately, whether he will stipulate to the dismissal of this case." *See* Min. Ord.

1

2.      As already reported and the Court acknowledged, Defendant has completed processing and release of responsive records.  Government counsel attempted to confer with Plaintiff who reported that he "maintain[s] that the production of records remains incomplete, and all responsive, non-exempt records — including the full, unredacted A-file — have not been provided."  Government counsel's attempt to get more feedback by twice emailing Plaintiff a proposed Joint Status Report and soliciting a response failed.

3.      Defendant does not contemplate any other filings other than a motion for summary judgment.  Nevertheless, between now and any eventual dispositive briefing, Agency Counsel has indicated that it is still considering whether to reprocess some records, which may result in the release of additional information.  That process is still going and may result in a summary judgment motion that is different than current posture of this litigation.

4.      Thus, Defendant anticipates that it would be able to file its motion for summary judgment by April 14, 2026; Plaintiff may oppose Defendant's motion by May 29, 2026, and Defendant will reply by June 26, 2026.  This proposed briefing schedule benefits this litigation by allowing Defendant's anticipated reprocessing to play out before briefing.

WHEREFORE, the Defendant requests that the Court consider this status report on this litigation and adopt Defendant's proposal for dispositive briefing.

*      *      *

2

Dated: January 30, 2026
       Washington, DC

JEANINE FERRIS PIRRO
United States Attorney

By: _____/s/_____

KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

*Attorneys for the United States of America*

3