# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5349**                                    **September Term, 2025**

**1:25-cv-01952-ACR**
**1:25-cv-03186-ACR**
**1:25-cv-03358-RBW**

**Filed On:** April 15, 2026

In re: Rayon Sherwin Payne,

      Petitioner

**BEFORE:**    Rao, Walker, and Childs, Circuit Judges

### O R D E R

Upon consideration of the motion filed on February 12, 2026, it is

**ORDERED** that the motion be construed as a notice of appeal in Civil Action No. 25-cv-03186.  See Smith v. Barry, 502 U.S. 244, 248–49 (1992).  The Clerk is directed to transmit the notice of appeal to the district court for filing as of February 12, 2026. See Fed. R. App. P. 4(d).

### Per Curiam

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

      BY:    /s/
               Daniel J. Reidy
               Deputy Clerk