UNITED STATES District COURT
FOR THE District OF COLUMBIA

RECEIVED
MAILROOM

JUL 1 3 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

RAYON PAYNE
PLAINTIFF

V.

CASE # 1:25-CV-03186-ACR

U.S. DEPT. OF HOMELAND SEC.
DEFENDANT.

MOTION FOR LEAVE TO PROCEED ON
APPEAL IN FORMA PAUPERIS

COMES NOW RAYON PAYNE, PLAINTIFF, IN THE ABOVE CAUSE MOVES THIS COURT FOR AN ORDER, FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS IN CASE # 26-5126, IN THE D.C. CIRCUIT COURT. PLAINTIFF STATES THE FOLLOWING;

(1) ON APRIL 15, 2026 THE D.C. CIRCUIT COURT DOCKETED PLAINTIFF'S NOTICE OF APPEAL WHICH HE FILED ON FEBRUARY 12, 2026.

(2) ON MARCH 4, 2026, THE DEFENDANT ARRESTED THE PLAINTIFF AND PLACED HIM IN REMOVAL PROCEEDINGS, BEFORE THE IMMIGRATION COURT AT KROME IN MIAMI FLORIDA.

(3) PLAINTIFF IS CURRENTLY BEING DETAINED AT THE FDC MIAMI FEDERAL DETENTION CENTER.

(4) TODAY JULY 8, 2026, PLAINTIFF WAS SERVED WITH THE D.C. CIRCUIT COURTS ORDERS, WHICH DIRECTED HIM TO SEEK LEAVE FROM THE COURT TO PROCEED IN FORMA PAUPERIS ON APPEAL.

(1)

(5) BECAUSE OF THE PLAINTIFFS PLIGHT AND CURRENT DETENTION HE SEEKS AN ORDER FROM THIS COURT ALLOWING HIM to PROCEED ON APPEAL WITHOUT PAYING THE FILING FEE.

WHEREFORE FOR THE REASONS EXPRESS HEREIN PLAINTIFF SEEKS AN ORDER FROM THIS COURT ALLOWING HIM to PROCEED ON APPEAL WITHOUT PAYING THE FILING FEE.

DATE: 7/8/2026                                    RESPECTFULLY.

                                                 RAYON PAYNE

NOTICE to CLERK

CAN THE CLERK OF THIS COURT PLEASE SERVER A COPY OF THIS MOTION ON DEFENDANTS IN THIS CASE. BECAUSE THE PLAINTIFF IS CURRENTLY DETAINED BY THE DEFENDANTS AT FDC MIAMI AND HE IS UNABLE to OBTAIN DEFENDANTS ADDRESS AND HAS LIMITED ACCESS to THE COURTS.

                                                 THX you.

(2)