APPEAL,CLOSED,E-FILE,LTFREQ,PROSE-NP,TYPE I-FOIA

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25-cv-03186-ACR

PAYNE v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Assigned to: Judge Ana C. Reyes
Case in other court: USCA, 25-05349
                   USCA, 26-05126
Cause: 05:552 Freedom of Information Act

Date Filed: 09/12/2025
Date Terminated: 02/17/2026
Jury Demand: None
Nature of Suit: 895 Freedom of Information Act
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**RAYON SHERWIN PAYNE**        represented by    **RAYON SHERWIN PAYNE**
8815 Conroy Windermere Rd
Ste #208
Orlando, FL 32835
Email: kekomardi@gmail.com
PRO SE

V.

**Defendant**

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**    represented by    **Kenneth A. Adebonojo**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2562
Fax: (202) 252-2599
Email: kenneth.adebonojo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2025 | 1 | COMPLAINT against UNITED STATES DEPARTMENT OF HOMELAND SECURITY ( Filing fee $ 405, receipt number 210387) filed by RAYON SHERWIN PAYNE. (Attachments: # 1 Civil Cover Sheet)(znmw) (Entered: 09/15/2025) |
| 09/12/2025 | | SUMMONS (3) Issued as to UNITED STATES DEPARTMENT OF HOMELAND SECURITY, U.S. Attorney and U.S. Attorney General (znmw) (Entered: 09/15/2025) |
| 09/12/2025 | 2 | NOTICE OF RELATED CASE by RAYON SHERWIN PAYNE. Case related to Case No. 25cv1952 ACR. (znmw) (Entered: 09/15/2025) |
| 09/12/2025 | 3 | NOTICE of Supervisory Writ by RAYON SHERWIN PAYNE (znmw) (Entered: 09/15/2025) |
| 09/12/2025 | 4 | MOTION for CM/ECF Password by RAYON SHERWIN PAYNE. (znmw) (Entered: 09/15/2025) |

| | | |
|---|---|---|
| 09/15/2025 | | MINUTE ORDER granting 4 Motion for CM/ECF Password. The Clerk's Office will reach out to help grant access. Signed by Judge Ana C. Reyes on 09/15/2025. (lcacr2) (Entered: 09/15/2025) |
| 09/16/2025 | 5 | First MOTION to Disqualify Judge *Reyes* by RAYON SHERWIN PAYNE. (Attachments: # 1 Text of Proposed Order)(PAYNE, RAYON) (Entered: 09/16/2025) |
| 09/22/2025 | 6 | NOTICE *Judicial Notice* by RAYON SHERWIN PAYNE (PAYNE, RAYON) (Entered: 09/22/2025) |
| 09/22/2025 | 7 | NOTICE *Proof of service* by RAYON SHERWIN PAYNE (PAYNE, RAYON) (Entered: 09/22/2025) |
| 09/22/2025 | | MINUTE ORDER denying 5 Motion to Disqualify Judge. While Plaintiff cites to 28 U.S.C. § 455, Plaintiff does not point to any facts meeting the standard contained in that statute. That the Court transferred Plaintiff's immigration case, No. 25-cv-1952, to a more suitable forum without deciding the merits does not "reasonably" raise questions about its "impartiality" to adjudicate this FOIA case, *id.* § 455(a), nor constitute "personal bias or prejudice concerning a party," *id.* § 455(b)(1). Plaintiff's Motion otherwise makes only conclusory statements about the Court's ability to fairly adjudicate this case. The Court DENIES the Motion. Signed by Judge Ana C. Reyes on 09/22/2025. (lcacr2) (Entered: 09/22/2025) |
| 09/22/2025 | 8 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNITED STATES DEPARTMENT OF HOMELAND SECURITY served on 9/15/2025, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 9/16/2025., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 9/16/2025. ( Answer due for ALL FEDERAL DEFENDANTS by 10/16/2025.) (See Docket Entry 7 to view document). (znmw) (Entered: 09/23/2025) |
| 09/25/2025 | 9 | First MOTION to Disqualify Counsel *DOJ* by RAYON SHERWIN PAYNE. (Attachments: # 1 Text of Proposed Order)(PAYNE, RAYON) (Entered: 09/25/2025) |
| 09/25/2025 | | MINUTE ORDER denying 9 Motion to Disqualify Counsel. The Court does not have the authority to disqualify the entirety of the Department of Justice from serving as counsel to the Defendant. Under 28 U.S.C. § 516, "the conduct of litigation in which the United States, an agency, or officer thereof is a party, or is interested, and securing evidence therefor, is reserved to officers of the Department of Justice, under the direction of the Attorney General." Signed by Judge Ana C. Reyes on 09/25/2025. (lcacr2) (Entered: 09/25/2025) |
| 09/29/2025 | 10 | NOTICE of Filing Petition for Writ of Mandamus with the USCA by RAYON SHERWIN PAYNE (znmw) (Entered: 10/02/2025) |
| 10/17/2025 | 11 | ENTERED IN ERROR.....First MOTION for Entry of Default as to *failure to appear* by RAYON SHERWIN PAYNE. (Attachments: # 1 Text of Proposed Order)(PAYNE, RAYON) Modified event on 10/17/2025 (znmw). Modified on 10/27/2025, pursuant to Plaintiff (mg). (Entered: 10/17/2025) |
| 10/27/2025 | 12 | Second MOTION for Default Judgment as to *Failure to appear* by RAYON SHERWIN PAYNE. (PAYNE, RAYON) (Entered: 10/27/2025) |
| 10/27/2025 | 13 | AFFIDAVIT FOR DEFAULT re 12 Second MOTION for Default Judgment as to *Failure to appear Servicemember Civil Relief Act.* by RAYON SHERWIN PAYNE. (PAYNE, RAYON) (Entered: 10/27/2025) |

| | | |
|---|---|---|
| 10/28/2025 | 14 | First MOTION for Order *Seeking relief from Exec. Order 25-55* by RAYON SHERWIN PAYNE. (Attachments: # 1 Text of Proposed Order)(PAYNE, RAYON) (Entered: 10/28/2025) |
| 12/08/2025 | 15 | ANSWER to 1 Complaint by UNITED STATES DEPARTMENT OF HOMELAND SECURITY.(Adebonojo, Kenneth) (Entered: 12/08/2025) |
| 12/08/2025 | 18 | NOTICE of Filing an Appeal with the Supreme Court by RAYON SHERWIN PAYNE (Attachments: # 1 Envelope)(znmw) (Entered: 12/16/2025) |
| 12/09/2025 | | MINUTE ORDER. The Court ORDERS the parties to meet and confer and file a joint status report on or before January 30, 2026. The joint status report should address, among other things, (1) the status of Plaintiffs' FOIA requests; (2) the anticipated number of documents responsive to Plaintiffs' FOIA requests; (3) the anticipated date(s) for release of those documents; and (4) whether a motion for a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976), is likely. To the extent that Defendant asserts that it has already responded to Plaintiff's request, the Court directs Plaintiff to state what other information he seeks or, alternately, whether he will stipulate to the dismissal of this case.<br><br>Counsel shall not contact Chambers directly concerning scheduling or other matters, as Chambers personnel will not handle questions relating to the status or scheduling of pending matters, except in case of an emergency. Signed by Judge Ana C. Reyes on 12/9/2025. (lcacr2) Modified on 12/9/2025 to correct typo (zcdw). (Entered: 12/09/2025) |
| 12/09/2025 | | Set/Reset Deadlines/Hearings: Joint Status Report due by 1/30/2026. (zcdw) (Entered: 12/09/2025) |
| 12/11/2025 | 16 | Second MOTION to Disqualify Judge by RAYON SHERWIN PAYNE. (Attachments: # 1 Text of Proposed Order)(PAYNE, RAYON). Added MOTION for Recusal, MOTION to Stay on 12/11/2025 (znmw). (Entered: 12/11/2025) |
| 12/11/2025 | 17 | Second MOTION to Disqualify Counsel by RAYON SHERWIN PAYNE. (Attachments: # 1 Text of Proposed Order)(PAYNE, RAYON) (Entered: 12/11/2025) |
| 12/11/2025 | | MINUTE ORDER denying 12 Motion for Default Judgment; 14 Motion for Order; 16 Motion to Disqualify Judge; 17 Motion to Disqualify Counsel.<br><br>In light of Defendant's tolled deadlines pursuant to the Chief Judge's Standing Order 25-55 (JEB), the Court denies 12 Second Motion for Default Judgment and 14 First Motion for Order. With respect to Plaintiff's 16 Second Motion to Disqualify Judge and 17 Second Motion to Disqualify Counsel, these renewed Motions are deficient for substantially the same reasons the Court set forth in its previous Minute Orders denying similar motions. *See* Sept. 22, 2025, Min. Order; Sept. 25, 2025, Min. Order. Moreover, because Plaintiff has continued to engage in frivolous filing practices after the Court ordered the parties to first meet and confer and provide a joint status report, the Court ORDERS that until the submission of that joint status report, Plaintiff may not docket further papers in this case without first seeking leave of this Court. *See Dietz v. Bouldin*, 579 U.S. 40, 47 (2016) ("[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases."). Signed by Judge Ana C. Reyes on 12/11/2025. (lcacr2) (Entered: 12/11/2025) |
| 01/30/2026 | 19 | STATUS REPORT by UNITED STATES DEPARTMENT OF HOMELAND SECURITY. (Adebonojo, Kenneth) (Entered: 01/30/2026) |

| | | |
|---|---|---|
| 02/03/2026 | | MINUTE ORDER. The Court has reviewed [19] Status Report of the United States. The Government represents that it has "completed processing and release of responsive records." Dkt. 19 at 2. The Government reports that Plaintiff disagrees, but that Plaintiff has not participated in the preparation of the joint status report that the Court ordered. *Id.*<br><br>The Court therefore ORDERS Plaintiff to show cause, on or before February 10, 2026, why this action shall not be dismissed, because Plaintiff has achieved all the relief he sought. In that filing, Plaintiff shall identify with specificity what documents the Government has produced and what documents he believes the Government has yet to convey to him. Otherwise, the Court will dismiss this case for failure to prosecute. Signed by Judge Ana C. Reyes on 2/3/2026. (lcacr2) (Entered: 02/03/2026) |
| 02/03/2026 | | Set/Reset Deadlines/Hearings: Plaintiff's response to Show Cause due by 2/10/2026. (zcdw) (Entered: 02/03/2026) |
| 02/12/2026 | | MINUTE ORDER. In its February 3, 2026, Minute Order, the Court ordered Plaintiff to show cause by February 10, 2026, why this case should not be dismissed for failure to prosecute after Plaintiff did not participate in the preparation of the most recent status report, as ordered, and because in [19] Status Report, the Government represented that it had produced all responsive documents to Plaintiff. Because February 10, 2026, has passed, the Court DISMISSES this case without prejudice and accordingly DIRECTS the Clerk of Court to terminate this action. Signed by Judge Ana C. Reyes on 2/12/2026. (lcacr2) (Entered: 02/12/2026) |
| 02/12/2026 | 21 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 2/12/2026 Minute Order by RAYON SHERWIN PAYNE. Fee Status: No Fee Paid. (znmw) (Entered: 04/15/2026) |
| 04/15/2026 | 20 | ORDER of USCA directing the district court to file notice of appeal as of 2/12/2026; USCA Case Number 25-5349. (znmw) (Entered: 04/15/2026) |
| 04/15/2026 | 22 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re [21] Notice of Appeal to DC Circuit Court. (znmw) (Entered: 04/15/2026) |
| 04/21/2026 | | USCA Case Number 26-5126 for [21] Notice of Appeal to DC Circuit Court filed by RAYON SHERWIN PAYNE. (znmw) (Entered: 04/21/2026) |
| 07/13/2026 | 23 | MOTION for Leave to Appeal in forma pauperis by RAYON SHERWIN PAYNE. (znmw) (Entered: 07/17/2026) |
| 07/20/2026 | | MINUTE ORDER. The Court does not possess the requisite information to adjudicate [23] Motion for Leave to Appeal IFP at this time. Federal Rule of Appellate Procedure 24(a)(1) sets forth various requirements that a party must meet. Most notably, Plaintiff has not attached an affidavit "show[ing] in the detail prescribed by Form 4 of the Appendix of Forms" his inability to pay. Accordingly, the Clerk of Court shall mail Plaintiff a version of Form 4 so that Plaintiff may supplement his Motion. Plaintiff shall do so by August 24, 2026. Signed by Judge Ana C. Reyes on 7/20/2026. (lcacr2) (Entered: 07/20/2026) |
| 07/22/2026 | | Set/Reset Deadlines/Hearings: Plaintiff's supplemental motion due by 8/24/2026. (zcdw) (Entered: 07/22/2026) |

| 07/22/2026 | 24 | ORDER of USCA as to 21 Notice of Appeal to DC Circuit Court filed by RAYON SHERWIN PAYNE; referring motion to appeal in forma pauperis to district court for resolution. USCA Case Number 26-5126. (znmw) (Entered: 07/22/2026) |
|---|---|---|
| 07/22/2026 | 25 | MOTION for Leave to Appeal in forma pauperis by RAYON SHERWIN PAYNE. (znmw) (Entered: 07/22/2026) |
| 07/24/2026 | | MINUTE ORDER granting 23 Motion for Leave to Appeal in forma pauperis. In light of the financial affidavit now attached to Dkt. 25, the Court GRANTS the Motion. Signed by Judge Ana C. Reyes on 7/24/2026. (lcacr2) (Entered: 07/24/2026) |